**IN THE UNITED STATES**
**DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

<table>
<tr>
<td>
MITSUBISHI TANABE PHARMA<br>
CORPORATION,<br>
<br>
   *Plaintiff*,<br>
<br>
   v.<br>
<br>
APOTEX INC. and APOTEX CORP.,<br>
<br>
   *Defendants*.
</td>
<td>
Case Action No. 25-16679-CCC-LDW<br>
<br>
Return Date: December 15, 2025<br>
Oral Argument Requested
</td>
</tr>
</table>

## DEFENDANTS' NOTICE OF MOTION TO TRANSFER TO THE DISTRICT OF DELAWARE

PLEASE TAKE NOTICE that on December 15, 2025, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Apotex Inc. and Apotex Corp. (together, "Apotex"), will move before the Honorable Claire C. Cecchi, U.S.D.J., at the United States District Court, 50 Walnut Street, Newark, New Jersey, for an Order transferring this matter to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. §1404(a).

PLEASE TAKE FURTHER NOTICE that Apotex relies upon the Brief and Declaration of Sarah Fehm Stewart with exhibits, submitted herewith. A proposed form of Order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that Apotex respectfully requests oral argument.

- 1 -

- 2 -

Dated: November 12, 2025

Respectfully submitted,

By: /s/ Sarah Fehm Stewart
Sarah Fehm Stewart
Duane Morris LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932
Telephone: (973) 424-2061
sfstewart@duanemorris.com

Deepro R. Mukerjee (*pro hac vice* forthcoming)
Lance A. Soderstrom (*pro hac vice* forthcoming)
Christopher B. Prescott (*pro hac vice* forthcoming)
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com
christopher.prescott@katten.com

Joseph M. Janusz (*pro hac vice* forthcoming)
KATTEN MUCHIN ROSENMAN LLP
615 S. College Street, Suite 1700
Charlotte, NC 28202-3354
Telephone: (704) 444-2000
joseph.janusz@katten.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

- 2 -