**IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MITSUBISHI TANABE PHARMA CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>*Defendants*. | Case Action No. 25-16679-CCC-LDW |

**DECLARATION IN SUPPORT OF MOTION TO TRANSFER**

I, Sarah Fehm Stewart, hereby declare as follows:

1.     I am a partner at Duane Morris LLP, counsel for Defendants in the above action.  I make this declaration in support of Defendants' motion to transfer this matter to the United States District Court for the District of Delaware.

2.     Attached hereto as Exhibit A is a true and correct copy of email correspondence from March 6, 2025 through March 25, 2025.

3.     Attached hereto as Exhibit B is a true and correct copy of email correspondence from March 6, 2025 through June 17, 2025.

4.     Attached hereto as Exhibit C is a true and correct copy of email correspondence from March 6, 2025 through March 31, 2025.

5.     Attached hereto as Exhibit D is a true and correct copy of email correspondence from March 6, 2025 through June 18, 2025.

6.     Attached hereto as Exhibit E is a true and correct copy of Statistics for Time to

- 1 -

Trial in the District of Delaware (retrieved from Docket Navigator on November 10, 2025).

7.    Attached hereto as Exhibit F is a true and correct copy of a comparison of cases between the Honorable Claire Claudia Cecchi, U.S.D.J., of the District of New Jersey and the Honorable Jennifer Lynne Hall, U.S.D.J., of the District of Delaware, for all cases pending between 2009-01-01 and 2025-11-05 (retrieved from Lex Machina).

8.    Attached hereto as Exhibit G is a true and correct copy of a comparison between District of New Jersey and District of Delaware, for all cases pending between 2009-01-01 and 2025-11-05 (retrieved from Lex Machina).

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2025                    Respectfully submitted,


                                            By: /s/ Sarah Fehm Stewart
                                            Sarah Fehm Stewart

- 2 -

# **EXHIBIT A**

| | |
|---|---|
| **From:** | Rob Niemeier |
| **To:** | Frank West; Dennies Varughese; Janusz, Joe; Soderstrom, Lance A.; Prescott, Christopher B.; "KMathas@winston.com"; "cfundakowski@winston.com"; "amking@winston.com"; "bogara@winston.com"; Uma Everett |
| **Cc:** | MTPC-ORS-Oblon |
| **Subject:** | RE: RE: MTPC v. Cipla/Apotex/Lupin |
| **Date:** | Tuesday, March 25, 2025 5:25:30 PM |
| **Attachments:** | image002.png image003.png |

*EXTERNAL EMAIL – EXERCISE CAUTION*



Hi Frank,

I think we are all generally close on the dates, but before we finalize dates for this schedule the Defendants would like to discuss Patent No. 12,194,025. Specifically, does MTPC intend to assert this patent against Defendants? If so, we believe it makes sense to add that patent to the case now and agree on a schedule that makes sense including that additional patent to avoid the need for further delays and reworking of the schedule at a later date if the '025 patent is subsequently asserted. If MTPC plans to assert the '025 patent, please propose amended pleading deadlines and any other adjustments to the proposed schedule to account for the additional patent.

Best,

Rob

**Robert Niemeier**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** rniemeier@sternekessler.com
**Direct:** 202.772.8634

---

**From:** Frank West <FWest@oblon.com>
**Sent:** Tuesday, March 25, 2025 9:47 AM
**To:** Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'KMathas@winston.com' <KMathas@winston.com>; 'cfundakowski@winston.com' <cfundakowski@winston.com>; 'amking@winston.com' <amking@winston.com>; 'bogara@winston.com' <bogara@winston.com>; Uma Everett <UEVERETT@sternekessler.com>; Rob Niemeier <RNiemeier@sternekessler.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>
**Subject:** RE: RE: MTPC v. Cipla/Apotex/Lupin

> **EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Dear Colleagues,

We are in the third extension of time regarding the negotiation of the scheduling order and a

few days away from the expiration of that extension.

I would appreciate receiving ell proposed edits today if possible.  This issue has pending for some time with most to the time consumed by waiting on responses.

Thanks, Frank

**Frank West**
**Partner**
**Certified Licensing Professional**
**Oblon, McClelland, Maier & Neustadt, LLP**
1940 Duke Street, Alexandria, Virginia 22314
Direct: 703-412-7049
Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



|  | **Frank West** |
| --- | --- |
|  | Partner |
|  | 1940 Duke Street |
|  | Alexandria, Virginia 22314 |
| Oblon, McClelland, | Phone: 703-412-7049 |
| Maier & Neustadt, L.L.P. | Fax: 703-413-2220 |
| www.oblon.com | FWest@oblon.com |

**From:** Frank West <FWest@oblon.com>
**Sent:** Thursday, March 20, 2025 4:55 PM
**To:** Frank West <FWest@oblon.com>; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>
**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,
I am following up with respect to my email below and my telephone conversation with Kurt today, and my voicemails to Dennies and Joe.
I believe, at this stage, we are only debating dates.
Please provide feedback regarding the above consolidation and scheduling order as soon as possible so we do not need to request yet another extension.
Since we are on the third extension of time, we would like to avoid further extensions.
With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

[fwest@oblon.com | www.oblon.com](fwest@oblon.com)



|  | **Frank West** |
|---|---|
| | Partner |
| | 1940 Duke Street |
| | Alexandria, Virginia 22314 |
| Oblon, McClelland, | Phone: 703-412-7049 |
| Maier & Neustadt, L.L.P. | Fax: 703-413-2220 |
| www.oblon.com | FWest@oblon.com |

**From:** Frank West

**Sent:** Thursday, March 13, 2025 9:22 AM

**To:** Frank West ; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com

**Cc:** MTPC-ORS-Oblon

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

Upon further consideration with respect to due dates in the Lupin matter, MTPC proposes pushing back the contention dates by an additional 3 weeks and the exchange of claim terms by 2 weeks. Those changes have been made in the attached proposed scheduling order.

Since we have not heard from any defendants regarding MTPC's earlier proposed edits to Lupin's proposal (and in light of these additional proposals), we will need to either again extend the current due date for infringement contentions in Civil Action 23-cv-759 ("the '759 case") or seek a stay of all dates until this is resolved. We will be consulting local counsel regarding Judge Hall's likely preference. I would appreciate if Ciipla and Apotex advise whether they consent to either arrangement (of course contingent on seeing the proposed stipulation before filing). The

extension is needed because the last extension expires tomorrow, March 14, 2025.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

[fwest@oblon.com](mailto:fwest@oblon.com) | [www.oblon.com](http://www.oblon.com)



**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Oblon, McClelland,    Phone: 703-412-7049
Maier & Neustadt, L.L.P.  Fax: 703-413-2220
[www.oblon.com](http://www.oblon.com)   [FWest@oblon.com](mailto:FWest@oblon.com)

**From:** Frank West

**Sent:** Monday, March 10, 2025 1:02 PM

**To:** Frank West ; [DVARUGHE@sternekessler.com](mailto:DVARUGHE@sternekessler.com); [UEVERETT@sternekessler.com](mailto:UEVERETT@sternekessler.com); [RNiemeier@sternekessler.com](mailto:RNiemeier@sternekessler.com); [joseph.janusz@katten.com](mailto:joseph.janusz@katten.com); [lance.soderstrom@katten.com](mailto:lance.soderstrom@katten.com); [christopher.prescott@katten.com](mailto:christopher.prescott@katten.com); [KMathas@winston.com](mailto:KMathas@winston.com); [cfundakowski@winston.com](mailto:cfundakowski@winston.com); [amking@winston.com](mailto:amking@winston.com); [bogara@winston.com](mailto:bogara@winston.com)

**Cc:** MTPC-ORS-Oblon

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

I am following up on the revised proposal. Are there any comments, questions?

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

[fwest@oblon.com](mailto:fwest@oblon.com) | [www.oblon.com](http://www.oblon.com)



**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Oblon, McClelland,          Phone: 703-412-7049
Maier & Neustadt, L.L.P.    Fax: 703-413-2220
www.oblon.com               FWest@oblon.com

**From:** Frank West
**Sent:** Thursday, March 6, 2025 6:59 AM
**To:** DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com
**Cc:** MTPC-ORS-Oblon
**Subject:** MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

Please see the attached revised schedule. We have taken into account Lupin's comments. On the advice of local counsel, we have tried to revise the schedule further to accommodate the court's standard schedule for Daubert motions. We also have revised the order to include the revised dates from the table of dates at the end to avoid any discrepancies. We have included comments in the document where we though an explanation for the change might be helpful.

Our client is still reviewing, but any additional changes proposed would likely relate to the dates and any potential conflicts with Japanese holidays.

We can be available for a call to discuss, it needed.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

This email message is for the sole use of the intended recipient(s) and may

contain confidential and privileged

information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended

recipient, please contact Oblon by reply email and destroy all copies of the original message. If you are the intended

recipient, please be advised that the content of this message is subject to access, review and disclosure by the

sender's Email System Administrator.



Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7049
Fax: 703-413-2220
FWest@oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

# <u>EXHIBIT B</u>

| From: | Mathas, Kurt |
|---|---|
| To: | Guerra, Kenneth |
| Cc: | MTPC-ORS-Oblon; "JTigan@morrisnichols.com"; "cclark@morrisnichols.com"; Yamazaki, Akihiro; Dominick Gattuso; naotakada; Andrew Ollis; Janusz, Joe; "Rob Niemeier"; EXT-ueverett@sternekessler.com; FWest; Dennies Varughese; Soderstrom, Lance A.; Prescott, Christopher B.; Fundakowski, Claire; King, Alison; O"Gara, Brian L.; Diner, Bryan; Hasford, Justin; Newkirk, Zan; Kobayashi, Chiaki |
| Subject: | RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH |
| Date: | Tuesday, June 17, 2025 5:16:43 PM |
| Attachments: | image015.png |
| | image016.png |
| | image018.png |
| | image020.png |
| | image021.png |
| | image002.png |

*EXTERNAL EMAIL – EXERCISE CAUTION*



Counsel,

If Plaintiff is unwilling to inform Defendants whether Plaintiff's proposed schedule will include the recently-issued pop-up patents, including at least Patent Nos. 12,194,025 and 12,285,409, to which at least some Defendants have certified, then Defendants believe that the parties are at an impasse and should submit competing proposals.


Thanks,
Kurt


**Kurt Mathas**

Winston & Strawn LLP

D: +1 312-558-8329

M: +1 312-505-6702

winston.com



---

**From:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>
**Sent:** Monday, June 16, 2025 12:11 PM
**To:** Mathas, Kurt <KMathas@winston.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>; naotakada <naotakada@takadalegal.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin

<Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>

**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

Plaintiff does not understand what you mean by "pop-up patents." Plaintiff's patents have been duly granted by the USPTO in proceedings visible to the public. In any event, Plaintiff will consider whether to file suit against any entity Plaintiff believes infringes its patents. We await your response to our proposed compromise during last week's meet and confer.

Best,
Ken

**Kenneth S. Guerra**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
+1 202 408 4124 | Kenneth.Guerra@finnegan.com | www.finnegan.com

FINNEGAN

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Friday, June 13, 2025 6:46 PM
**To:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>; naotakada <naotakada@takadalegal.com>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,
Following up on our call from Wednesday, Defendants would like to understand whether the schedule that we are negotiating will include the recently-issued pop-up patents. Please confirm whether Plaintiff's proposed schedule includes those patents.

Thanks,
Kurt

**Kurt Mathas**

Winston & Strawn LLP

D: +1 312-558-8329

M: +1 312-505-6702

winston.com



---

**From:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>
**Sent:** Tuesday, June 10, 2025 4:15 PM
**To:** Mathas, Kurt <KMathas@winston.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>; naotakada <naotakada@takadalegal.com>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

Please use the following for our Wednesday June 11 4:00pm ET meet and confer.

# Microsoft Teams
## Join the meeting now
Meeting ID: 213 871 892 741 0
Passcode: Nm3fU2AU

Ken

**Kenneth S. Guerra**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

901 New York Avenue, NW, Washington, DC 20001-4413
+1 202 408 4124 | Kenneth.Guerra@finnegan.com | www.finnegan.com

# FINNEGAN

---

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Tuesday, June 10, 2025 11:04 AM
**To:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH


Thanks Ken.  Defendants are available tomorrow at 4 ET.  Please circulate a conference link.


Thanks,
Kurt


**Kurt Mathas**

Winston & Strawn LLP

D: +1 312-558-8329

M: +1 312-505-6702

winston.com



---

**From:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>
**Sent:** Monday, June 9, 2025 8:32 PM
**To:** Mathas, Kurt <KMathas@winston.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L.

<BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin
<Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki
<chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com'
<JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki,
Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation
Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

Plaintiff is available to confer Wednesday June 11 at 4:00pm ET or Thursday June 12 between 1:00-
4:00pm ET.

Ken

**Kenneth S. Guerra**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
+1 202 408 4124 | Kenneth.Guerra@finnegan.com | www.finnegan.com

FINNEGAN

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Monday, June 9, 2025 4:26 PM
**To:** Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier'
<RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>;
FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance
A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>;
Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara,
Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin
<Justin.Hasford@finnegan.com>; Guerra, Kenneth <Kenneth.Guerra@finnegan.com>; Newkirk, Zan
<Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com'
<JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki,
Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation
Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Andy,
Thank you for MPTC's revised proposal.  Defendants cannot agree to a schedule with a trial date
later than February 2027.  We can be available to confer this week if that would be helpful.

Thanks,
Kurt

**Kurt Mathas**

Winston & Strawn LLP

D: +1 312-558-8329

M: +1 312-505-6702

winston.com



---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Saturday, May 31, 2025 9:06 AM
**To:** 'Janusz, Joe' <joe.janusz@katten.com>; Mathas, Kurt <KMathas@winston.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

All,

   MTPC has now considered Defendants' comments and revisions to the consolidated scheduling order.  MTPC's revised proposal (which moves the trial date into 2027 among other changes) is attached for Defendants' consideration.  Please also note that the body of the document includes several comments.

   We appreciate Defendants' consideration of the revised draft.  If a further meet and confer would be helpful, we can be available next week.

 Regards,

Andy

---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Friday, May 23, 2025 12:07 PM
**To:** 'Janusz, Joe' <joe.janusz@katten.com>; 'Mathas, Kurt' <KMathas@winston.com>; 'Rob Niemeier'

<[RNiemeier@sternekessler.com](mailto:RNiemeier@sternekessler.com)>; Uma Everett <[UEVERETT@sternekessler.com](mailto:UEVERETT@sternekessler.com)>; Frank West <[FWest@oblon.com](mailto:FWest@oblon.com)>; Dennies Varughese <[dvarughese@sternekessler.com](mailto:dvarughese@sternekessler.com)>; Soderstrom, Lance A. <[lance.soderstrom@katten.com](mailto:lance.soderstrom@katten.com)>; Prescott, Christopher B. <[christopher.prescott@katten.com](mailto:christopher.prescott@katten.com)>; Fundakowski, Claire <[CFundakowski@winston.com](mailto:CFundakowski@winston.com)>; King, Alison <[AMKing@winston.com](mailto:AMKing@winston.com)>; O'Gara, Brian L. <[BOGara@winston.com](mailto:BOGara@winston.com)>; 'bryan.diner@finnegan.com' <[bryan.diner@finnegan.com](mailto:bryan.diner@finnegan.com)>; 'Justin.Hasford@finnegan.com' <[Justin.Hasford@finnegan.com](mailto:Justin.Hasford@finnegan.com)>; 'Kenneth.Guerra@finnegan.com' <[Kenneth.Guerra@finnegan.com](mailto:Kenneth.Guerra@finnegan.com)>; 'Zan.Newkirk@finnegan.com' <[Zan.Newkirk@finnegan.com](mailto:Zan.Newkirk@finnegan.com)>; 'chiaki.kobayashi@finnegan.com' <[chiaki.kobayashi@finnegan.com](mailto:chiaki.kobayashi@finnegan.com)>
**Cc:** MTPC-ORS-Oblon <[MTPC-ORS-Oblon@oblon.com](mailto:MTPC-ORS-Oblon@oblon.com)>; 'JTigan@morrisnichols.com' <[JTigan@morrisnichols.com](mailto:JTigan@morrisnichols.com)>; 'cclark@morrisnichols.com' <[cclark@morrisnichols.com](mailto:cclark@morrisnichols.com)>; [akihiro.yamazaki@finnegan.com](mailto:akihiro.yamazaki@finnegan.com); Dominick Gattuso <[dgattuso@hegh.law](mailto:dgattuso@hegh.law)>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Joe and All,

  Thank you for the agreement on the extension of the contention deadline to June 30.  We'll ask Jeremy to work with the other local counsels to implement this extension.  MTPC would also like to wrap this up, and we will let you know once we have a response from MTPC.

  Regards,

Andy

**Andrew Ollis**
**Partner**

 Direct: 703-412-7023

---

**From:** Janusz, Joe <[joe.janusz@katten.com](mailto:joe.janusz@katten.com)>
**Sent:** Friday, May 23, 2025 10:05 AM
**To:** Andrew Ollis <[AOllis@oblon.com](mailto:AOllis@oblon.com)>; 'Mathas, Kurt' <[KMathas@winston.com](mailto:KMathas@winston.com)>; 'Rob Niemeier' <[RNiemeier@sternekessler.com](mailto:RNiemeier@sternekessler.com)>; Uma Everett <[UEVERETT@sternekessler.com](mailto:UEVERETT@sternekessler.com)>; Frank West <[FWest@oblon.com](mailto:FWest@oblon.com)>; Dennies Varughese <[dvarughese@sternekessler.com](mailto:dvarughese@sternekessler.com)>; Soderstrom, Lance A. <[lance.soderstrom@katten.com](mailto:lance.soderstrom@katten.com)>; Prescott, Christopher B. <[christopher.prescott@katten.com](mailto:christopher.prescott@katten.com)>; Fundakowski, Claire <[CFundakowski@winston.com](mailto:CFundakowski@winston.com)>; King, Alison <[AMKing@winston.com](mailto:AMKing@winston.com)>; O'Gara, Brian L. <[BOGara@winston.com](mailto:BOGara@winston.com)>; 'bryan.diner@finnegan.com' <[bryan.diner@finnegan.com](mailto:bryan.diner@finnegan.com)>; 'Justin.Hasford@finnegan.com' <[Justin.Hasford@finnegan.com](mailto:Justin.Hasford@finnegan.com)>; 'Kenneth.Guerra@finnegan.com' <[Kenneth.Guerra@finnegan.com](mailto:Kenneth.Guerra@finnegan.com)>; 'Zan.Newkirk@finnegan.com' <[Zan.Newkirk@finnegan.com](mailto:Zan.Newkirk@finnegan.com)>; 'chiaki.kobayashi@finnegan.com' <[chiaki.kobayashi@finnegan.com](mailto:chiaki.kobayashi@finnegan.com)>
**Cc:** MTPC-ORS-Oblon <[MTPC-ORS-Oblon@oblon.com](mailto:MTPC-ORS-Oblon@oblon.com)>; 'JTigan@morrisnichols.com' <[JTigan@morrisnichols.com](mailto:JTigan@morrisnichols.com)>; 'cclark@morrisnichols.com' <[cclark@morrisnichols.com](mailto:cclark@morrisnichols.com)>; [akihiro.yamazaki@finnegan.com](mailto:akihiro.yamazaki@finnegan.com); Dominick Gattuso <[dgattuso@hegh.law](mailto:dgattuso@hegh.law)>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Andy,

Defendants can agree to an extension of today's contention deadline to June 30. We would like to submit a proposed schedule sooner than later, and certainly well in advance of June 30, even if it contains competing proposals. Please let us know when you have a response from your client on our proposal so we can work towards wrapping this up and getting something filed.

Thanks,
Joe

**Joe Janusz**
Partner

# Katten

Katten Muchin Rosenman LLP
615 S. College Street, Suite 1700 | Charlotte, NC 28202-3354
direct +1.704.344.3182
joe.janusz@katten.com | katten.com

---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Thursday, May 22, 2025 2:01 PM
**To:** 'Mathas, Kurt' <KMathas@winston.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Janusz, Joe <joe.janusz@katten.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

*EXTERNAL EMAIL – EXERCISE CAUTION*

Kurt,

  Thanks for forwarding the Defendants' proposed revisions to the scheduling order. We will review the proposal with our client and expect to get back to you soon. MTPC also appreciates that Defendants have made some movement from the prior proposal and hopes that the parties can continue to work towards a compromise schedule.

  Separately, we note that Defendants' proposal contemplates service of Infringement Contentions on each Defendant on June 30, 2025. Please advise if Cipla and Apotex will agree to extend the date for service of Infringement Contentions in the '759 case from tomorrow to June 30, 2025.

We will also let you know if we believe another call would be helpful after receiving feedback from our client.

Regards,

Andy



**Andrew Ollis**
Partner

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7023
Fax: 703-413-2220
AOllis@oblon.com

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Thursday, May 22, 2025 11:29 AM
**To:** Andrew Ollis <AOllis@oblon.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Andy,

Following up on our call, attached please find Defendants' proposed revisions to the scheduling order.  Please note that Defendants are providing these edits in an attempt to reach a compromise.  In the event that the parties are unable to reach an agreement and are submitting competing proposals to the Court, Defendants reserve the right to propose dates that were included in prior drafts of the scheduling order.  Please further note that these edits are still subject to final client review and signoff.  As a final note, we have only revised the dates in the table and have not adjusted the dates in the body of the order.  Once the dates in the table are finalized, we can further revise accordingly.

If another call would be helpful, we are available to discuss.

Thanks,

Kurt

**Kurt Mathas**

Winston & Strawn LLP

D: +1 312-558-8329

M: +1 312-505-6702

winston.com



---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Wednesday, May 21, 2025 9:25 AM
**To:** 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; Mathas, Kurt <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Rob, Kurt, and Joe,

   Thanks for the meet and confer on Monday.  Following-up on our discussion, can you let us know when the defendants anticipate providing a counter proposal?

   Regards,

Andy



**Andrew Ollis**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Oblon, McClelland,    Phone: 703-412-7023
Maier & Neustadt, L.L.P.    Fax: 703-413-2220
www.oblon.com    AOllis@oblon.com

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Saturday, May 17, 2025 1:14 PM
**To:** 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Rob,

Thanks for the confirmation.  I'll plan to circulate something tomorrow.

Regards,

Andy

**Andrew Ollis**
**Partner**

 Direct: 703-412-7023

**From:** Rob Niemeier <RNiemeier@sternekessler.com>
**Sent:** Friday, May 16, 2025 8:23 PM
**To:** Andrew Ollis <AOllis@oblon.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com

**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Andy,

It looks like Defendants have availability 3-4 ET on Monday. Please circulate a dial-in.

Best,
Rob

---

**Robert Niemeier**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** rniemeier@sternekessler.com
**Direct:** 202.772.8634

---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Friday, May 16, 2025 12:40 PM
**To:** Rob Niemeier <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

| EXTERNAL EMAIL: Use caution before clicking links or attachments. |
|---|

Thanks Rob,

   Our preference would be Monday next week if that works for everyone.  We propose either between 10 and 12 am or after 2:30 pm (Eastern time) on Monday.

   Regards,

Andy



**Andrew Ollis**
Partner

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7023
Fax: 703-413-2220
AOllis@oblon.com

---

**From:** Rob Niemeier <RNiemeier@sternekessler.com>
**Sent:** Friday, May 16, 2025 10:14 AM
**To:** Andrew Ollis <AOllis@oblon.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Hi Andy,

Thanks for sending. A meet and confer likely would not be productive as we have not had a chance to discuss with our client and could not give you a position today. Could you propose some times that work for MTPC on Monday and Tuesday next week?

Thanks,
Rob

---

**Robert Niemeier**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** rniemeier@sternekessler.com
**Direct:** 202.772.8634

---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Thursday, May 15, 2025 9:49 PM
**To:** Rob Niemeier <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>;

'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

> **EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Rob,

  Thanks for your email and understood that a call first thing in the morning may not be practical at this point in time.  Please propose a time in the afternoon that would work for the meet and confer.

  Attached is the proposed consolidated scheduling order for consideration.  The new proposed dates are reflected in the table at the end - the corresponding dates in the body should have been changed to match.  Several proposed no dates are included – indicated in the table by entries which did not previously have a date.  In addition, several other changes are included in the proposed order as indicated.  We look forward to discussing tomorrow.

  We also appreciate your agreement and Apotex's agreement to the one-week extension to May 23, 2025, on the infringement contentions in the Cipla/Apotex case.  Our respective local counsels can coordinate filing a stipulation tomorrow.

  Regards,

Andy



| | **Andrew Ollis**<br>Partner |
|---|---|
| | 1940 Duke Street<br>Alexandria, Virginia 22314 |
| Oblon, McClelland,<br>Maier & Neustadt, L.L.P.<br>www.oblon.com | Phone: 703-412-7023<br>Fax: 703-413-2220<br>AOllis@oblon.com |

**From:** Rob Niemeier <RNiemeier@sternekessler.com>
**Sent:** Thursday, May 15, 2025 5:42 PM
**To:** Andrew Ollis <AOllis@oblon.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com'

<christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>;
'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>;
'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com'
<Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>;
'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com'
<chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com'
<JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>;
akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation
Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Andy,

We can be available at 9:30 tomorrow, but it's now the end of the business day and we still do not have
a proposed schedule from MTPC, so a call first thing tomorrow is unlikely to be productive as we
currently have no idea what sort of schedule you'll be proposing and there will be no way for us to
review it and run it by our clients before 9:30. A call later in the day, maybe early afternoon, may be
more productive. But, in any event please send the schedule proposal as soon as possible.

Best,
Rob

---

**Robert Niemeier**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** rniemeier@sternekessler.com
**Direct:** 202.772.8634

---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Thursday, May 15, 2025 3:49 PM
**To:** Rob Niemeier <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>;
Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies
Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com'
<joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>;
'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com'
<CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>;
'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com'
<bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>;
'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com'
<Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com'
<JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>;
akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation
Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

All,

Please advise if 9:30 am tomorrow morning (Eastern time) works for the meet and confer.

Regards,

Andy



**Andrew Ollis**

Partner

1940 Duke Street
Alexandria, Virginia 22314

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

Phone: 703-412-7023
Fax: 703-413-2220
AOllis@oblon.com

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Thursday, May 15, 2025 1:36 PM
**To:** 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Hi Rob,

Thanks for reaching out and apologies - we did have a delay on our side.  I anticipate sending the proposed schedule this evening.  I agree that this afternoon probably doesn't make sense at this point.  Tomorrow may work and I can hopefully get back to you shortly on that.  Do you have a proposed time or times in mind for tomorrow?

Regards,

Andy

**Andrew Ollis**
Partner

 Direct: 703-412-7023

---

**From:** Rob Niemeier <RNiemeier@sternekessler.com>
**Sent:** Thursday, May 15, 2025 1:27 PM
**To:** Andrew Ollis <AOllis@oblon.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Hi Andrew,

Just wanted to check in on when you expect to send the proposed schedule. Given that it is already Thursday afternoon, there won't be time to review the schedule before a meet and confer today so we would propose conferring tomorrow.

Best,
Rob

---

**Robert Niemeier**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** rniemeier@sternekessler.com
**Direct:** 202.772.8634

---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Wednesday, May 14, 2025 10:47 PM
**To:** Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Rob Niemeier <RNiemeier@sternekessler.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com'

<CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

> **EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Uma,

   Thanks for your email.  We plan to send a proposed schedule by tomorrow morning.  Would you be available for a meet and confer tomorrow afternoon?

   Regards,

Andy

**OBLON**

**Andrew Ollis**
Partner

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7023
Fax: 703-413-2220
AOllis@oblon.com

**From:** Uma Everett <UEVERETT@sternekessler.com>
**Sent:** Tuesday, May 13, 2025 10:29 AM
**To:** Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Rob Niemeier <RNiemeier@sternekessler.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Akihiro Yamazaki <AYamazaki@oblon.com>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Frank,

Please send a revised version of the schedule and dates/time for a meet-and-confer.  Defendants will need to review your proposed changes before agreeing to the next extension.

Regards,
Uma

---

**From:** Frank West <FWest@oblon.com>
**Sent:** Wednesday, May 7, 2025 4:51 PM
**To:** 'KMathas@winston.com' <KMathas@winston.com>; Rob Niemeier <RNiemeier@sternekessler.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; Uma Everett <UEVERETT@sternekessler.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Akihiro Yamazaki <AYamazaki@oblon.com>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

> **EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Dear Colleagues,

Thank you for your email.  Unfortunately, we are unable to coordinate our schedules tomorrow to accommodate a call.

We will get back to you with a few alternative dates and times for a meet and confer.

In the meantime, given that the last extension expires on Friday, May 16, please confirm that each of Cipla and Apotex are agreeable to seeking another (hopefully final) one month extension until June 16, 2025. in the Cipla/Apotex '759 case.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**
1940 Duke Street, Alexandria, Virginia 22314
Direct: 703-412-7049
Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged

information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended

recipient, please contact Oblon by reply email and destroy all copies of the original message. If you are the intended

recipient, please be advised that the content of this message is subject to access, review and disclosure by the

sender's Email System Administrator.



**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314

Oblon, McClelland,          Phone: 703-412-7049
Maier & Neustadt, L.L.P.    Fax: 703-413-2220
www.oblon.com              FWest@oblon.com

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Tuesday, May 6, 2025 4:59 PM
**To:** Frank West <FWest@oblon.com>; RNiemeier@sternekessler.com; dvarughese@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; CFundakowski@winston.com; AMKing@winston.com; BOGara@winston.com; UEVERETT@sternekessler.com; bryan.diner@finnegan.com; Justin.Hasford@finnegan.com; Kenneth.Guerra@finnegan.com; Zan.Newkirk@finnegan.com; chiaki.kobayashi@finnegan.com
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; JTigan@morrisnichols.com; cclark@morrisnichols.com; Akihiro Yamazaki <AYamazaki@oblon.com>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

Defendants are available on Thursday at 11 or 1 ET. Please provide a revised schedule for our

consideration in advance of the call.

Thanks,

Kurt

**Kurt Mathas**

Winston & Strawn LLP

D: +1 312-558-8329

M: +1 312-505-6702

[winston.com](winston.com)



**From:** Frank West
**Sent:** Friday, May 2, 2025 3:50 PM
**To:** Frank West ; 'RNiemeier@sternekessler.com' ; 'dvarughese@sternekessler.com' ; 'joseph.janusz@katten.com' ; 'lance.soderstrom@katten.com' ; 'christopher.prescott@katten.com' ; Mathas, Kurt ; Fundakowski, Claire ; King, Alison ; O'Gara, Brian L. ; 'UEVERETT@sternekessler.com' ; 'Bryan Diner' ; 'Justin Hasford' ; 'Kenneth Guerra' ; 'Zan Newkirk' ; 'Chiaki Kobayashi'
**Cc:** MTPC-ORS-Oblon ; 'JTigan@morrisnichols.com' ; 'cclark@morrisnichols.com' ; Akihiro Yamazaki
**Subject:** MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Dear Colleagues,

This email follows up with respect to my email, below, regarding the proposed consolidation and scheduling order for the Cipla, Apotex and Lupin cases. We are withdrawing that proposal and will provide a revised proposal in the near future.

MTPC made its original proposal to consolidate the three cases at the end of January 2025. There have been lengthy intervals of time that have passed while awaiting comments from the defendants which have resulted in multiple extensions. As a result, some of the initial proposed dates have elapsed and caused MTPC to suggest moving some of the initial dates on the schedule further back in time. Upon further reflection, however, the schedule proposed earlier this week results in an unnecessarily truncated time period for the latter part of the schedule. We will be proposing a reasonable schedule taking into account the number of patents and defendants in this case. We expect this proposal to move the trial date further back in time.

We propose having a meet-and-confer with all defendants next week to address the schedule. To the extent possible, we will try to propose a schedule in advance of the meet-and-confer but propose that we meet and confer next week to facilitate timely discussion and agreement regardless.

Please advise of your availability next week.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

[fwest@oblon.com](mailto:fwest@oblon.com) | [www.oblon.com](http://www.oblon.com)

|   Oblon, McClelland, Maier & Neustadt, L.L.P. www.oblon.com | **Frank West** Partner 1940 Duke Street Alexandria, Virginia 22314 Phone: 703ˉ412ˉ7049 Fax: 703ˉ413ˉ2220 FWest@oblon.com |
|---|---|

**From:** Frank West <[FWest@oblon.com](mailto:FWest@oblon.com)>

**Sent:** Tuesday, April 29, 2025 4:44 PM

**To:** Frank West <[FWest@oblon.com](mailto:FWest@oblon.com)>; 'RNiemeier@sternekessler.com' <[RNiemeier@sternekessler.com](mailto:RNiemeier@sternekessler.com)>; 'dvarughese@sternekessler.com' <[dvarughese@sternekessler.com](mailto:dvarughese@sternekessler.com)>; 'joseph.janusz@katten.com' <[joseph.janusz@katten.com](mailto:joseph.janusz@katten.com)>; 'lance.soderstrom@katten.com' <[lance.soderstrom@katten.com](mailto:lance.soderstrom@katten.com)>; 'christopher.prescott@katten.com' <[christopher.prescott@katten.com](mailto:christopher.prescott@katten.com)>; 'KMathas@winston.com' <[KMathas@winston.com](mailto:KMathas@winston.com)>; 'cfundakowski@winston.com' <[cfundakowski@winston.com](mailto:cfundakowski@winston.com)>; 'amking@winston.com' <[amking@winston.com](mailto:amking@winston.com)>; 'bogara@winston.com' <[bogara@winston.com](mailto:bogara@winston.com)>; 'UEVERETT@sternekessler.com' <[UEVERETT@sternekessler.com](mailto:UEVERETT@sternekessler.com)>; Bryan Diner <[bryan.diner@finnegan.com](mailto:bryan.diner@finnegan.com)>; Justin Hasford <[Justin.Hasford@finnegan.com](mailto:Justin.Hasford@finnegan.com)>; Kenneth Guerra <[Kenneth.Guerra@finnegan.com](mailto:Kenneth.Guerra@finnegan.com)>; Zan Newkirk <[Zan.Newkirk@finnegan.com](mailto:Zan.Newkirk@finnegan.com)>; Chiaki Kobayashi <[chiaki.kobayashi@finnegan.com](mailto:chiaki.kobayashi@finnegan.com)>

**Cc:** MTPC-ORS-Oblon <[MTPC-ORS-Oblon@oblon.com](mailto:MTPC-ORS-Oblon@oblon.com)>; 'JTigan@morrisnichols.com' <[JTigan@morrisnichols.com](mailto:JTigan@morrisnichols.com)>; 'cclark@morrisnichols.com' <[cclark@morrisnichols.com](mailto:cclark@morrisnichols.com)>

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

We have yet to receive any response from the Defendants regarding the last draft of the proposed consolidation and scheduling order. We are now on the fourth extension from the Court which expires May 16, 2025.

Because at least one date has already passed in the previously proposed draft consolidation and

scheduling order, MTPC proposes a few additional changes to the dates at the start of the schedule as attached. We have highlighted the additional changes in the proposed draft order and the table of dates for ease of reference.

Please advise by next Monday, May 5, 2025, whether each Defendant agrees to the attached consolidation and scheduling order, and if not, what changes are proposed. If it is acceptable, we can get it on file early next week.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

**Frank West**

**Partner**

 Direct:703⁻412⁻7049

---

**From:** Frank West <FWest@oblon.com>

**Sent:** Monday, March 31, 2025 3:04 PM

**To:** RNiemeier@sternekessler.com; dvarughese@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com; UEVERETT@sternekessler.com

**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; JTigan@morrisnichols.com; cclark@morrisnichols.com

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues:

Thank you for your email

We have consulted with MTPC. MTPC declines to amend the proposed consolidation and scheduling order to assert U.S. Patent No. 12,194,025 ("the '025 patent") in Civil Action No. 23-cv-759. That case is already complex, involving five (5) patents-in-suit having six (6) common inventors. The subject matter of the '025 patent was conceived by three (3) inventors, other than the 6 inventors of the current five (5) patents-in-suit. Including the '025 patent would add an extra layer of complexity to an already complex case.

Please advise whether the consolidation and scheduling order, as presently

proposed by MTPC (including Lupin's edits to dates and discovery provisions), is acceptable to each of Cipla, Apotex and Lupin Defendants. See attached.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged

information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended

recipient, please contact Oblon by reply email and destroy all copies of the original message. If you are the intended

recipient, please be advised that the content of this message is subject to access, review and disclosure by the

sender's Email System Administrator.



| | **Frank West** |
|---|---|
| | Partner |
| | 1940 Duke Street |
| | Alexandria, Virginia 22314 |
| Oblon, McClelland, | Phone: 703-412-7049 |
| Maier & Neustadt, L.L.P. | Fax: 703-413-2220 |
| www.oblon.com | FWest@oblon.com |

**From:** Rob Niemeier

**Sent:** Tuesday, March 25, 2025 5:25 PM

**To:** Frank West ; dvarughese@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com; UEVERETT@sternekessler.com

**Cc:** MTPC-ORS-Oblon

**Subject:** RE: RE: MTPC v. Cipla/Apotex/Lupin

Hi Frank,

I think we are all generally close on the dates, but before we finalize dates for this schedule

the Defendants would like to discuss Patent No. 12,194,025. Specifically, does MTPC intend to assert this patent against Defendants? If so, we believe it makes sense to add that patent to the case now and agree on a schedule that makes sense including that additional patent to avoid the need for further delays and reworking of the schedule at a later date if the '025 patent is subsequently asserted. If MTPC plans to assert the '025 patent, please propose amended pleading deadlines and any other adjustments to the proposed schedule to account for the additional patent.

Best,

Rob

**Robert Niemeier**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** rniemeier@sternekessler.com
**Direct:** 202.772.8634

---

**From:** Frank West
**Sent:** Tuesday, March 25, 2025 9:47 AM
**To:** Dennies Varughese ; 'joseph.janusz@katten.com' ; 'lance.soderstrom@katten.com' ; 'christopher.prescott@katten.com' ; 'KMathas@winston.com' ; 'cfundakowski@winston.com' ; 'amking@winston.com' ; 'bogara@winston.com' ; Uma Everett ; Rob Niemeier
**Cc:** MTPC-ORS-Oblon
**Subject:** RE: RE: MTPC v. Cipla/Apotex/Lupin

> **EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Dear Colleagues,
We are in the third extension of time regarding the negotiation of the scheduling order and a few days away from the expiration of that extension.
I would appreciate receiving ell proposed edits today if possible. This issue has pending for some time with most to the time consumed by waiting on responses.
Thanks, Frank

**Frank West**
**Partner**
**Certified Licensing Professional**
**Oblon, McClelland, Maier & Neustadt, LLP**
1940 Duke Street, Alexandria, Virginia 22314
Direct: 703-412-7049
Mobile: 703-967-1423
fwest@oblon.com | www.oblon.com

**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314



| Oblon, McClelland, Maier & Neustadt, L.L.P. | Phone: 703-412-7049 |
|---|---|
| www.oblon.com | Fax: 703-413-2220 |
| | FWest@oblon.com |

**From:** Frank West <FWest@oblon.com>

**Sent:** Thursday, March 20, 2025 4:55 PM

**To:** Frank West <FWest@oblon.com>; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com

**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

I am following up with respect to my email below and my telephone conversation with Kurt today, and my voicemails to Dennies and Joe.

I believe, at this stage, we are only debating dates.

Please provide feedback regarding the above consolidation and scheduling order as soon as possible so we do not need to request yet another extension. Since we are on the third extension of time, we would like to avoid further extensions.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314

| Oblon, McClelland, Maier & Neustadt, L.L.P. | Phone: 703-412-7049 |
|---|---|
| www.oblon.com | Fax: 703-413-2220 |
| | FWest@oblon.com |

**From:** Frank West
**Sent:** Thursday, March 13, 2025 9:22 AM
**To:** Frank West ; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com
**Cc:** MTPC-ORS-Oblon
**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

Upon further consideration with respect to due dates in the Lupin matter, MTPC proposes pushing back the contention dates by an additional 3 weeks and the exchange of claim terms by 2 weeks. Those changes have been made in the attached proposed scheduling order.

Since we have not heard from any defendants regarding MTPC's earlier proposed edits to Lupin's proposal (and in light of these additional proposals), we will need to either again extend the current due date for infringement contentions in Civil Action 23-cv-759 ("the '759 case") or seek a stay of all dates until this is resolved. We will be consulting local counsel regarding Judge Hall's likely preference. I would appreciate if Ciipla and Apotex advise whether they consent to either arrangement (of course contingent on seeing the proposed stipulation before filing). The extension is needed because the last extension expires tomorrow, March 14, 2025.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



Oblon, McClelland,
Maier & Neustadt, L.L.P.

**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7049
Fax: 703-413-2220

www.oblon.com                FWest@oblon.com

**From:** Frank West

**Sent:** Monday, March 10, 2025 1:02 PM

**To:** Frank West ; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com

**Cc:** MTPC-ORS-Oblon

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

I am following up on the revised proposal. Are there any comments, questions?

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



|  | **Frank West** |
| --- | --- |
|  | Partner |
|  | 1940 Duke Street |
|  | Alexandria, Virginia 22314 |
| Oblon, McClelland, | Phone: 703-412-7049 |
| Maier & Neustadt, L.L.P. | Fax: 703-413-2220 |
| www.oblon.com | FWest@oblon.com |

**From:** Frank West

**Sent:** Thursday, March 6, 2025 6:59 AM

**To:** DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com

**Cc:** MTPC-ORS-Oblon

**Subject:** MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

Please see the attached revised schedule. We have taken into account Lupin's comments. On the advice of local counsel, we have tried to revise the schedule further to accommodate the court's standard schedule for Daubert motions. We also have revised the order to include the revised dates from the table of dates at the end to avoid any discrepancies. We have included

comments in the document where we though an explanation for the change might be helpful.

Our client is still reviewing, but any additional changes proposed would likely relate to the dates and any potential conflicts with Japanese holidays.

We can be available for a call to discuss, it needed.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged

information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended

recipient, please contact Oblon by reply email and destroy all copies of the original message. If you are the intended

recipient, please be advised that the content of this message is subject to access, review and disclosure by the

sender's Email System Administrator.



| | Frank West |
| --- | --- |
| | Partner |
| **OBLON** | |
| | 1940 Duke Street |
| | Alexandria, Virginia 22314 |
| Oblon, McClelland, | Phone: 703-412-7049 |
| Maier & Neustadt, L.L.P. | Fax: 703-413-2220 |
| www.oblon.com | FWest@oblon.com |

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain

confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

================================================================

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
================================================================

NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
================================================================

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential,

proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

# <u>EXHIBIT C</u>

| | |
|---|---|
| **From:** | Frank West |
| **To:** | "RNiemeier@sternekessler.com"; "dvarughese@sternekessler.com"; Janusz, Joe; Soderstrom, Lance A.; Prescott, Christopher B.; "KMathas@winston.com"; "cfundakowski@winston.com"; "amking@winston.com"; "bogara@winston.com"; "UEVERETT@sternekessler.com" |
| **Cc:** | MTPC-ORS-Oblon; Tigan, Jeremy A.; Clark, Cameron |
| **Subject:** | RE: MTPC v. Cipla/Apotex/Lupin |
| **Date:** | Monday, March 31, 2025 3:05:11 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image064154.png |
| | MTPC Response to Lupin edits Rule 16 Scheduling Order - Patent_3.13.2025.docx |

*EXTERNAL EMAIL – EXERCISE CAUTION*



Dear Colleagues:

Thank you for your email

We have consulted with MTPC.  MTPC declines to amend the proposed consolidation and scheduling order to assert U.S. Patent No. 12,194,025 ("the '025 patent") in Civil Action No. 23-cv-759.  That case is already complex, involving five (5) patents-in-suit having six (6) common inventors.  The subject matter of the '025 patent was conceived by three (3) inventors, other than the 6 inventors of the current five (5) patents-in-suit.  Including the '025 patent would add an extra layer of complexity to an already complex case.

Please advise whether the consolidation and scheduling order, as presently proposed by MTPC (including Lupin's edits to dates and discovery provisions), is acceptable to each of Cipla, Apotex and Lupin Defendants.  See attached.

With best regards,

Frank

**Frank West**
**Partner**
**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message. If you are the intended
recipient, please be advised that the content of this message is subject to access, review and disclosure by the
sender's Email System Administrator.



**Frank West**
Partner

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7049
Fax: 703-413-2220
FWest@oblon.com

**From:** Rob Niemeier <RNiemeier@sternekessler.com>
**Sent:** Tuesday, March 25, 2025 5:25 PM
**To:** Frank West <FWest@oblon.com>; dvarughese@sternekessler.com; joseph.janusz@katten.com;
lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com;
cfundakowski@winston.com; amking@winston.com; bogara@winston.com;
UEVERETT@sternekessler.com
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>
**Subject:** RE: RE: MTPC v. Cipla/Apotex/Lupin

Hi Frank,

I think we are all generally close on the dates, but before we finalize dates for this
schedule the Defendants would like to discuss Patent No. 12,194,025. Specifically, does
MTPC intend to assert this patent against Defendants? If so, we believe it makes sense

to add that patent to the case now and agree on a schedule that makes sense including that additional patent to avoid the need for further delays and reworking of the schedule at a later date if the '025 patent is subsequently asserted. If MTPC plans to assert the '025 patent, please propose amended pleading deadlines and any other adjustments to the proposed schedule to account for the additional patent.

Best,

Rob

**Robert Niemeier**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** rniemeier@sternekessler.com
**Direct:** 202.772.8634

---

**From:** Frank West
**Sent:** Tuesday, March 25, 2025 9:47 AM
**To:** Dennies Varughese ; 'joseph.janusz@katten.com' ; 'lance.soderstrom@katten.com' ; 'christopher.prescott@katten.com' ; 'KMathas@winston.com' ; 'cfundakowski@winston.com' ; 'amking@winston.com' ; 'bogara@winston.com' ; Uma Everett ; Rob Niemeier
**Cc:** MTPC-ORS-Oblon
**Subject:** RE: RE: MTPC v. Cipla/Apotex/Lupin

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Dear Colleagues,

We are in the third extension of time regarding the negotiation of the scheduling order and a few days away from the expiration of that extension.

I would appreciate receiving ell proposed edits today if possible. This issue has pending for some time with most to the time consumed by waiting on responses.

Thanks, Frank

**Frank West**
**Partner**
**Certified Licensing Professional**
**Oblon, McClelland, Maier & Neustadt, LLP**
1940 Duke Street, Alexandria, Virginia 22314
Direct: 703-412-7049
Mobile: 703-967-1423
fwest@oblon.com | www.oblon.com

> **Frank West**
> Partner
>
> 1940 Duke Street



| | |
|---|---|
| Oblon, McClelland, | Alexandria, Virginia 22314 |
| Maier & Neustadt, L.L.P. | Phone: 703-412-7049 |
| www.oblon.com | Fax: 703-413-2220 |
| | FWest@oblon.com |

**From:** Frank West <FWest@oblon.com>

**Sent:** Thursday, March 20, 2025 4:55 PM

**To:** Frank West <FWest@oblon.com>; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com

**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

I am following up with respect to my email below and my telephone conversation with Kurt today, and my voicemails to Dennies and Joe.

I believe, at this stage, we are only debating dates.

Please provide feedback regarding the above consolidation and scheduling order as soon as possible so we do not need to request yet another extension.

Since we are on the third extension of time, we would like to avoid further extensions.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314



| | |
|---|---|
| Oblon, McClelland, Maier & Neustadt, L.L.P. www.oblon.com | Phone: 703-412-7049 Fax: 703-413-2220 FWest@oblon.com |

**From:** Frank West

**Sent:** Thursday, March 13, 2025 9:22 AM

**To:** Frank West ; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com

**Cc:** MTPC-ORS-Oblon

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

Upon further consideration with respect to due dates in the Lupin matter, MTPC proposes pushing back the contention dates by an additional 3 weeks and the exchange of claim terms by 2 weeks. Those changes have been made in the attached proposed scheduling order.

Since we have not heard from any defendants regarding MTPC's earlier proposed edits to Lupin's proposal (and in light of these additional proposals), we will need to either again extend the current due date for infringement contentions in Civil Action 23-cv-759 ("the '759 case") or seek a stay of all dates until this is resolved. We will be consulting local counsel regarding Judge Hall's likely preference. I would appreciate if Ciipla and Apotex advise whether they consent to either arrangement (of course contingent on seeing the proposed stipulation before filing). The extension is needed because the last extension expires tomorrow, March 14, 2025.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



**Frank West**
Partner

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7049
Fax: 703-413-2220
FWest@oblon.com

**From:** Frank West

**Sent:** Monday, March 10, 2025 1:02 PM

**To:** Frank West ; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com

**Cc:** MTPC-ORS-Oblon

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

I am following up on the revised proposal. Are there any comments, questions?

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



**Frank West**
Partner

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7049
Fax: 703-413-2220
FWest@oblon.com

**From:** Frank West

**Sent:** Thursday, March 6, 2025 6:59 AM

**To:** DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com;

lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com

**Cc:** MTPC-ORS-Oblon

**Subject:** MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

Please see the attached revised schedule. We have taken into account Lupin's comments. On the advice of local counsel, we have tried to revise the schedule further to accommodate the court's standard schedule for Daubert motions. We also have revised the order to include the revised dates from the table of dates at the end to avoid any discrepancies. We have included comments in the document where we though an explanation for the change might be helpful.

Our client is still reviewing, but any additional changes proposed would likely relate to the dates and any potential conflicts with Japanese holidays.

We can be available for a call to discuss, it needed.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message. If you are the intended
recipient, please be advised that the content of this message is subject to access, review and disclosure by the
sender's Email System Administrator.

Frank West



Partner

1940 Duke Street
Alexandria, Virginia 22314
Oblon, McClelland,    Phone: 703-412-7049
Maier & Neustadt, L.L.P.    Fax: 703-413-2220
www.oblon.com    FWest@oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

# **<u>EXHIBIT D</u>**

| | |
|---|---|
| **From:** | Guerra, Kenneth |
| **To:** | Mathas, Kurt |
| **Cc:** | MTPC-ORS-Oblon; "JTigan@morrisnichols.com"; "cclark@morrisnichols.com"; Yamazaki, Akihiro; Dominick Gattuso; naotakada; Andrew Ollis; Janusz, Joe; "Rob Niemeier"; EXT-ueverett@sternekessler.com; FWest; Dennies Varughese; Soderstrom, Lance A.; Prescott, Christopher B.; Fundakowski, Claire; King, Alison; O"Gara, Brian L.; Diner, Bryan; Hasford, Justin; Newkirk, Zan; Kobayashi, Chiaki |
| **Subject:** | RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH |
| **Date:** | Wednesday, June 18, 2025 5:30:50 PM |
| **Attachments:** | image007.png<br>image008.png<br>image010.png<br>image012.png<br>image013.png |

*EXTERNAL EMAIL – EXERCISE CAUTION*



Counsel,

We disagree that the parties are at an impasse.  Simply put, Plaintiff just does not understand what you mean by "pop-up patents" and is unwilling to make commitments involving such an unfamiliar term without an explanation as to exactly what you are asking for.  Notwithstanding your unwillingness to define what you mean by "pop-up patents," in the interest of moving things forward, Plaintiff proposes the parties' schedule here contemplate currently asserted patents in the family of US App. No. 16/872,741 ("ORS Formulation Family") and the '409 patent for which a complaint will be filed.  Of course, that will necessitate moving some of the earlier dates in the current version of the schedule to accommodate the '409 patent.

As you know, the parties have been negotiating a schedule for the patents-in-suit, and the latest draft (May 31, 2025) was provided by Plaintiff.  We would gladly consider a defendant-proffered proposal, but Defendants have not yet offered one in response to Plaintiff's May 31 proposal.  Plaintiff suggests Defendants provide their positions in a redlined defendant-proffered proposal before burdening the Court with this matter.

Best,
Ken

**Kenneth S. Guerra**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
+1 202 408 4124 | Kenneth.Guerra@finnegan.com | www.finnegan.com

## FINNEGAN

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Tuesday, June 17, 2025 5:16 PM
**To:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com'

<JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>; naotakada <naotakada@takadalegal.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>

**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

If Plaintiff is unwilling to inform Defendants whether Plaintiff's proposed schedule will include the recently-issued pop-up patents, including at least Patent Nos. 12,194,025 and 12,285,409, to which at least some Defendants have certified, then Defendants believe that the parties are at an impasse and should submit competing proposals.

Thanks,
Kurt

**Kurt Mathas**
Winston & Strawn LLP
D: +1 312-558-8329
M: +1 312-505-6702
winston.com



---

**From:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>
**Sent:** Monday, June 16, 2025 12:11 PM
**To:** Mathas, Kurt <KMathas@winston.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>; naotakada <naotakada@takadalegal.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A.

<lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>

**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

Plaintiff does not understand what you mean by "pop-up patents." Plaintiff's patents have been duly granted by the USPTO in proceedings visible to the public. In any event, Plaintiff will consider whether to file suit against any entity Plaintiff believes infringes its patents. We await your response to our proposed compromise during last week's meet and confer.

Best,
Ken

**Kenneth S. Guerra**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
+1 202 408 4124 | Kenneth.Guerra@finnegan.com | www.finnegan.com

FINNEGAN

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Friday, June 13, 2025 6:46 PM
**To:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>; naotakada <naotakada@takadalegal.com>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

Following up on our call from Wednesday, Defendants would like to understand whether the schedule that we are negotiating will include the recently-issued pop-up patents.  Please confirm whether Plaintiff's proposed schedule includes those patents.


Thanks,

Kurt


**Kurt Mathas**

Winston & Strawn LLP

D: +1 312-558-8329

M: +1 312-505-6702

winston.com



---

**From:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>
**Sent:** Tuesday, June 10, 2025 4:15 PM
**To:** Mathas, Kurt <KMathas@winston.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>; naotakada <naotakada@takadalegal.com>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH


Counsel,

Please use the following for our Wednesday June 11 4:00pm ET meet and confer.


## Microsoft Teams
### Join the meeting now

Meeting ID: 213 871 892 741 0
Passcode: Nm3fU2AU

Ken

**Kenneth S. Guerra**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
+1 202 408 4124 | Kenneth.Guerra@finnegan.com | www.finnegan.com

FINNEGAN

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Tuesday, June 10, 2025 11:04 AM
**To:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Thanks Ken.  Defendants are available tomorrow at 4 ET.  Please circulate a conference link.

Thanks,
Kurt

**Kurt Mathas**
Winston & Strawn LLP
D: +1 312-558-8329
M: +1 312-505-6702
winston.com



**From:** Guerra, Kenneth <Kenneth.Guerra@finnegan.com>
**Sent:** Monday, June 9, 2025 8:32 PM
**To:** Mathas, Kurt <KMathas@winston.com>; Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

Plaintiff is available to confer Wednesday June 11 at 4:00pm ET or Thursday June 12 between 1:00-4:00pm ET.

Ken

**Kenneth S. Guerra**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
+1 202 408 4124 | Kenneth.Guerra@finnegan.com | www.finnegan.com

**FINNEGAN**

---

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Monday, June 9, 2025 4:26 PM
**To:** Andrew Ollis <AOllis@oblon.com>; 'Janusz, Joe' <joe.janusz@katten.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; EXT-ueverett@sternekessler.com <ueverett@sternekessler.com>; FWest <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; Diner, Bryan <bryan.diner@finnegan.com>; Hasford, Justin <Justin.Hasford@finnegan.com>; Guerra, Kenneth <Kenneth.Guerra@finnegan.com>; Newkirk, Zan <Zan.Newkirk@finnegan.com>; Kobayashi, Chiaki <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Yamazaki, Akihiro <Akihiro.Yamazaki@finnegan.com>; Dominick Gattuso <dgattuso@hegh.law>

**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Andy,

Thank you for MPTC's revised proposal.  Defendants cannot agree to a schedule with a trial date later than February 2027.  We can be available to confer this week if that would be helpful.

Thanks,
Kurt

**Kurt Mathas**

Winston & Strawn LLP

D: +1 312-558-8329

M: +1 312-505-6702

winston.com



---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Saturday, May 31, 2025 9:06 AM
**To:** 'Janusz, Joe' <joe.janusz@katten.com>; Mathas, Kurt <KMathas@winston.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

All,

   MTPC has now considered Defendants' comments and revisions to the consolidated scheduling order.  MTPC's revised proposal (which moves the trial date into 2027 among other changes) is attached for Defendants' consideration.  Please also note that the body of the

document includes several comments.

  We appreciate Defendants' consideration of the revised draft.  If a further meet and confer would be helpful, we can be available next week.

  Regards,

Andy

---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Friday, May 23, 2025 12:07 PM
**To:** 'Janusz, Joe' <joe.janusz@katten.com>; 'Mathas, Kurt' <KMathas@winston.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Joe and All,

  Thank you for the agreement on the extension of the contention deadline to June 30.  We'll ask Jeremy to work with the other local counsels to implement this extension.  MTPC would also like to wrap this up, and we will let you know once we have a response from MTPC.

  Regards,

Andy

**Andrew Ollis**
**Partner**
 Direct: 703-412-7023

---

**From:** Janusz, Joe <joe.janusz@katten.com>
**Sent:** Friday, May 23, 2025 10:05 AM
**To:** Andrew Ollis <AOllis@oblon.com>; 'Mathas, Kurt' <KMathas@winston.com>; 'Rob Niemeier'

<RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Andy,

Defendants can agree to an extension of today's contention deadline to June 30.  We would like to submit a proposed schedule sooner than later, and certainly well in advance of June 30, even if it contains competing proposals.  Please let us know when you have a response from your client on our proposal so we can work towards wrapping this up and getting something filed.

Thanks,
Joe

**Joe Janusz**
Partner

## Katten

Katten Muchin Rosenman LLP
615 S. College Street, Suite 1700 | Charlotte, NC 28202-3354
direct +1.704.344.3182
joe.janusz@katten.com | katten.com

---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Thursday, May 22, 2025 2:01 PM
**To:** 'Mathas, Kurt' <KMathas@winston.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; Dennies Varughese <dvarughese@sternekessler.com>; Janusz, Joe <joe.janusz@katten.com>; Soderstrom, Lance A. <lance.soderstrom@katten.com>; Prescott, Christopher B. <christopher.prescott@katten.com>; Fundakowski, Claire <CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L. <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com'

<JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>;
akihiro.yamazaki@finnegan.com; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation
Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

*EXTERNAL EMAIL – EXERCISE CAUTION*

Kurt,

  Thanks for forwarding the Defendants' proposed revisions to the scheduling order.  We will
review the proposal with our client and expect to get back to you soon.  MTPC also appreciates
that Defendants have made some movement from the prior proposal and hopes that the
parties can continue to work towards a compromise schedule.

  Separately, we note that Defendants' proposal contemplates service of Infringement
Contentions on each Defendant on June 30, 2025.  Please advise if Cipla and Apotex will agree
to extend the date for service of Infringement Contentions in the '759 case from tomorrow to
June 30, 2025.

  We will also let you know if we believe another call would be helpful after receiving feedback
from our client.

  Regards,

Andy

| | **Andrew Ollis** |
|---|---|
| **OBLON** | Partner |
| | 1940 Duke Street |
| | Alexandria, Virginia 22314 |
| Oblon, McClelland, | Phone: 703-412-7023 |
| Maier & Neustadt, L.L.P. | Fax: 703-413-2220 |
| www.oblon.com | AOllis@oblon.com |

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Thursday, May 22, 2025 11:29 AM
**To:** Andrew Ollis <AOllis@oblon.com>; 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma
Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; Dennies Varughese
<dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>;
'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>;
'christopher.prescott@katten.com' <christopher.prescott@katten.com>; Fundakowski, Claire
<CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L.
<BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>;
'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com'
<Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>;
'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>

**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com'
<JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>;
akihiro.yamazaki@finnegan.com; Dominick Gattuso <dgattuso@hegh.law>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation
Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Andy,

Following up on our call, attached please find Defendants' proposed revisions to the
scheduling order.  Please note that Defendants are providing these edits in an attempt to
reach a compromise.  In the event that the parties are unable to reach an agreement and are
submitting competing proposals to the Court, Defendants reserve the right to propose dates
that were included in prior drafts of the scheduling order.  Please further note that these edits
are still subject to final client review and signoff.  As a final note, we have only revised the
dates in the table and have not adjusted the dates in the body of the order.  Once the dates in
the table are finalized, we can further revise accordingly.

If another call would be helpful, we are available to discuss.

Thanks,
Kurt

**Kurt Mathas**

Winston & Strawn LLP

D: +1 312-558-8329

M: +1 312-505-6702

winston.com



---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Wednesday, May 21, 2025 9:25 AM
**To:** 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>;
Frank West <FWest@oblon.com>; Mathas, Kurt <KMathas@winston.com>; Dennies Varughese
<dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>;
'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>;
'christopher.prescott@katten.com' <christopher.prescott@katten.com>; Fundakowski, Claire
<CFundakowski@winston.com>; King, Alison <AMKing@winston.com>; O'Gara, Brian L.
<BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>;
'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com'
<Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>;
'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com'

<JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com

**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Rob, Kurt, and Joe,

Thanks for the meet and confer on Monday. Following-up on our discussion, can you let us know when the defendants anticipate providing a counter proposal?

Regards,

Andy



**Andrew Ollis**
Partner

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7023
Fax: 703-413-2220
AOllis@oblon.com

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Saturday, May 17, 2025 1:14 PM
**To:** 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Rob,

Thanks for the confirmation. I'll plan to circulate something tomorrow.

Regards,

Andy

**Andrew Ollis**
**Partner**

 Direct: 703-412-7023

---

**From:** Rob Niemeier <RNiemeier@sternekessler.com>
**Sent:** Friday, May 16, 2025 8:23 PM
**To:** Andrew Ollis <AOllis@oblon.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Andy,

It looks like Defendants have availability 3-4 ET on Monday. Please circulate a dial-in.

Best,
Rob

---

**Robert Niemeier**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** rniemeier@sternekessler.com
**Direct:** 202.772.8634

---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Friday, May 16, 2025 12:40 PM
**To:** Rob Niemeier <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>;

Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

> **EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Thanks Rob,

Our preference would be Monday next week if that works for everyone.  We propose either between 10 and 12 am or after 2:30 pm (Eastern time) on Monday.


Regards,


Andy



**Andrew Ollis**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Oblon, McClelland,        Phone: 703-412-7023
Maier & Neustadt, L.L.P.  Fax: 703-413-2220
www.oblon.com            AOllis@oblon.com

**From:** Rob Niemeier <RNiemeier@sternekessler.com>
**Sent:** Friday, May 16, 2025 10:14 AM
**To:** Andrew Ollis <AOllis@oblon.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com'

\<[Kenneth.Guerra@finnegan.com](mailto:Kenneth.Guerra@finnegan.com)\>; 'Zan.Newkirk@finnegan.com' \<[Zan.Newkirk@finnegan.com](mailto:Zan.Newkirk@finnegan.com)\>; 'chiaki.kobayashi@finnegan.com' \<[chiaki.kobayashi@finnegan.com](mailto:chiaki.kobayashi@finnegan.com)\>
**Cc:** MTPC-ORS-Oblon \<[MTPC-ORS-Oblon@oblon.com](mailto:MTPC-ORS-Oblon@oblon.com)\>; 'JTigan@morrisnichols.com' \<[JTigan@morrisnichols.com](mailto:JTigan@morrisnichols.com)\>; 'cclark@morrisnichols.com' \<[cclark@morrisnichols.com](mailto:cclark@morrisnichols.com)\>; [akihiro.yamazaki@finnegan.com](mailto:akihiro.yamazaki@finnegan.com)
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Hi Andy,

Thanks for sending. A meet and confer likely would not be productive as we have not had a chance to discuss with our client and could not give you a position today. Could you propose some times that work for MTPC on Monday and Tuesday next week?

Thanks,
Rob

**Robert Niemeier**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** [rniemeier@sternekessler.com](mailto:rniemeier@sternekessler.com)
**Direct:** 202.772.8634

**From:** Andrew Ollis \<[AOllis@oblon.com](mailto:AOllis@oblon.com)\>
**Sent:** Thursday, May 15, 2025 9:49 PM
**To:** Rob Niemeier \<[RNiemeier@sternekessler.com](mailto:RNiemeier@sternekessler.com)\>; Uma Everett \<[UEVERETT@sternekessler.com](mailto:UEVERETT@sternekessler.com)\>; Frank West \<[FWest@oblon.com](mailto:FWest@oblon.com)\>; 'KMathas@winston.com' \<[KMathas@winston.com](mailto:KMathas@winston.com)\>; Dennies Varughese \<[dvarughese@sternekessler.com](mailto:dvarughese@sternekessler.com)\>; 'joseph.janusz@katten.com' \<[joseph.janusz@katten.com](mailto:joseph.janusz@katten.com)\>; 'lance.soderstrom@katten.com' \<[lance.soderstrom@katten.com](mailto:lance.soderstrom@katten.com)\>; 'christopher.prescott@katten.com' \<[christopher.prescott@katten.com](mailto:christopher.prescott@katten.com)\>; 'CFundakowski@winston.com' \<[CFundakowski@winston.com](mailto:CFundakowski@winston.com)\>; 'AMKing@winston.com' \<[AMKing@winston.com](mailto:AMKing@winston.com)\>; 'BOGara@winston.com' \<[BOGara@winston.com](mailto:BOGara@winston.com)\>; 'bryan.diner@finnegan.com' \<[bryan.diner@finnegan.com](mailto:bryan.diner@finnegan.com)\>; 'Justin.Hasford@finnegan.com' \<[Justin.Hasford@finnegan.com](mailto:Justin.Hasford@finnegan.com)\>; 'Kenneth.Guerra@finnegan.com' \<[Kenneth.Guerra@finnegan.com](mailto:Kenneth.Guerra@finnegan.com)\>; 'Zan.Newkirk@finnegan.com' \<[Zan.Newkirk@finnegan.com](mailto:Zan.Newkirk@finnegan.com)\>; 'chiaki.kobayashi@finnegan.com' \<[chiaki.kobayashi@finnegan.com](mailto:chiaki.kobayashi@finnegan.com)\>
**Cc:** MTPC-ORS-Oblon \<[MTPC-ORS-Oblon@oblon.com](mailto:MTPC-ORS-Oblon@oblon.com)\>; 'JTigan@morrisnichols.com' \<[JTigan@morrisnichols.com](mailto:JTigan@morrisnichols.com)\>; 'cclark@morrisnichols.com' \<[cclark@morrisnichols.com](mailto:cclark@morrisnichols.com)\>; [akihiro.yamazaki@finnegan.com](mailto:akihiro.yamazaki@finnegan.com)
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Rob,

   Thanks for your email and understood that a call first thing in the morning may not be practical at this point in time.  Please propose a time in the afternoon that would work for the meet and confer.

   Attached is the proposed consolidated scheduling order for consideration.  The new proposed dates are reflected in the table at the end - the corresponding dates in the body should have been changed to match.  Several proposed no dates are included – indicated in the table by entries which did not previously have a date.  In addition, several other changes are included in the proposed order as indicated.  We look forward to discussing tomorrow.

   We also appreciate your agreement and Apotex's agreement to the one-week extension to May 23, 2025, on the infringement contentions in the Cipla/Apotex case.  Our respective local counsels can coordinate filing a stipulation tomorrow.

   Regards,

Andy



**Andrew Ollis**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Oblon, McClelland,       Phone: 703-412-7023
Maier & Neustadt, L.L.P.  Fax: 703-413-2220
www.oblon.com           AOllis@oblon.com

**From:** Rob Niemeier <RNiemeier@sternekessler.com>
**Sent:** Thursday, May 15, 2025 5:42 PM
**To:** Andrew Ollis <AOllis@oblon.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation

Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Andy,

We can be available at 9:30 tomorrow, but it's now the end of the business day and we still do not have a proposed schedule from MTPC, so a call first thing tomorrow is unlikely to be productive as we currently have no idea what sort of schedule you'll be proposing and there will be no way for us to review it and run it by our clients before 9:30. A call later in the day, maybe early afternoon, may be more productive. But, in any event please send the schedule proposal as soon as possible.

Best,
Rob

---

**Robert Niemeier**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** rniemeier@sternekessler.com
**Direct:** 202.772.8634

---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Thursday, May 15, 2025 3:49 PM
**To:** Rob Niemeier <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

| **EXTERNAL EMAIL:** Use caution before clicking links or attachments. |
| --- |

All,

Please advise if 9:30 am tomorrow morning (Eastern time) works for the meet and confer.

Regards,

Andy

 **Andrew Ollis**

Partner

1940 Duke Street
Alexandria, Virginia 22314
Oblon, McClelland,            Phone: 703-412-7023
Maier & Neustadt, L.L.P.      Fax: 703-413-2220
www.oblon.com                AOllis@oblon.com

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Thursday, May 15, 2025 1:36 PM
**To:** 'Rob Niemeier' <RNiemeier@sternekessler.com>; Uma Everett <UEVERETT@sternekessler.com>;
Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies
Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com'
<joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>;
'christopher.prescott@katten.com' <christopher.prescott@katten.com>;
'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com'
<AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>;
'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com'
<Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com'
<Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>;
'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com'
<JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>;
akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation
Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Hi Rob,

   Thanks for reaching out and apologies - we did have a delay on our side.  I anticipate sending
the proposed schedule this evening.  I agree that this afternoon probably doesn't make sense
at this point.  Tomorrow may work and I can hopefully get back to you shortly on that.  Do you
have a proposed time or times in mind for tomorrow?

   Regards,

Andy

**Andrew Ollis**
**Partner**

 Direct: 703-412-7023

---

**From:** Rob Niemeier <RNiemeier@sternekessler.com>
**Sent:** Thursday, May 15, 2025 1:27 PM
**To:** Andrew Ollis <AOllis@oblon.com>; Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; akihiro.yamazaki@finnegan.com
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Hi Andrew,

Just wanted to check in on when you expect to send the proposed schedule. Given that it is already Thursday afternoon, there won't be time to review the schedule before a meet and confer today so we would propose conferring tomorrow.

Best,
Rob

---

**Robert Niemeier**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** rniemeier@sternekessler.com
**Direct:** 202.772.8634

---

**From:** Andrew Ollis <AOllis@oblon.com>
**Sent:** Wednesday, May 14, 2025 10:47 PM
**To:** Uma Everett <UEVERETT@sternekessler.com>; Frank West <FWest@oblon.com>; 'KMathas@winston.com' <KMathas@winston.com>; Rob Niemeier <RNiemeier@sternekessler.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com'

<[CFundakowski@winston.com](mailto:CFundakowski@winston.com)>; 'AMKing@winston.com' <[AMKing@winston.com](mailto:AMKing@winston.com)>; 'BOGara@winston.com' <[BOGara@winston.com](mailto:BOGara@winston.com)>; 'bryan.diner@finnegan.com' <[bryan.diner@finnegan.com](mailto:bryan.diner@finnegan.com)>; 'Justin.Hasford@finnegan.com' <[Justin.Hasford@finnegan.com](mailto:Justin.Hasford@finnegan.com)>; 'Kenneth.Guerra@finnegan.com' <[Kenneth.Guerra@finnegan.com](mailto:Kenneth.Guerra@finnegan.com)>; 'Zan.Newkirk@finnegan.com' <[Zan.Newkirk@finnegan.com](mailto:Zan.Newkirk@finnegan.com)>; 'chiaki.kobayashi@finnegan.com' <[chiaki.kobayashi@finnegan.com](mailto:chiaki.kobayashi@finnegan.com)>
**Cc:** MTPC-ORS-Oblon <[MTPC-ORS-Oblon@oblon.com](mailto:MTPC-ORS-Oblon@oblon.com)>; 'JTigan@morrisnichols.com' <[JTigan@morrisnichols.com](mailto:JTigan@morrisnichols.com)>; 'cclark@morrisnichols.com' <[cclark@morrisnichols.com](mailto:cclark@morrisnichols.com)>; [akihiro.yamazaki@finnegan.com](mailto:akihiro.yamazaki@finnegan.com)
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Uma,

Thanks for your email.  We plan to send a proposed schedule by tomorrow morning.  Would you be available for a meet and confer tomorrow afternoon?

Regards,

Andy



**Andrew Ollis**
Partner

Oblon, McClelland,
Maier & Neustadt, L.L.P.
[www.oblon.com](http://www.oblon.com)

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7023
Fax: 703-413-2220
[AOllis@oblon.com](mailto:AOllis@oblon.com)

**From:** Uma Everett <[UEVERETT@sternekessler.com](mailto:UEVERETT@sternekessler.com)>
**Sent:** Tuesday, May 13, 2025 10:29 AM
**To:** Frank West <[FWest@oblon.com](mailto:FWest@oblon.com)>; 'KMathas@winston.com' <[KMathas@winston.com](mailto:KMathas@winston.com)>; Rob Niemeier <[RNiemeier@sternekessler.com](mailto:RNiemeier@sternekessler.com)>; Dennies Varughese <[dvarughese@sternekessler.com](mailto:dvarughese@sternekessler.com)>; 'joseph.janusz@katten.com' <[joseph.janusz@katten.com](mailto:joseph.janusz@katten.com)>; 'lance.soderstrom@katten.com' <[lance.soderstrom@katten.com](mailto:lance.soderstrom@katten.com)>; 'christopher.prescott@katten.com' <[christopher.prescott@katten.com](mailto:christopher.prescott@katten.com)>; 'CFundakowski@winston.com' <[CFundakowski@winston.com](mailto:CFundakowski@winston.com)>; 'AMKing@winston.com' <[AMKing@winston.com](mailto:AMKing@winston.com)>; 'BOGara@winston.com' <[BOGara@winston.com](mailto:BOGara@winston.com)>; 'bryan.diner@finnegan.com' <[bryan.diner@finnegan.com](mailto:bryan.diner@finnegan.com)>; 'Justin.Hasford@finnegan.com' <[Justin.Hasford@finnegan.com](mailto:Justin.Hasford@finnegan.com)>; 'Kenneth.Guerra@finnegan.com' <[Kenneth.Guerra@finnegan.com](mailto:Kenneth.Guerra@finnegan.com)>; 'Zan.Newkirk@finnegan.com' <[Zan.Newkirk@finnegan.com](mailto:Zan.Newkirk@finnegan.com)>; 'chiaki.kobayashi@finnegan.com' <[chiaki.kobayashi@finnegan.com](mailto:chiaki.kobayashi@finnegan.com)>
**Cc:** MTPC-ORS-Oblon <[MTPC-ORS-Oblon@oblon.com](mailto:MTPC-ORS-Oblon@oblon.com)>; 'JTigan@morrisnichols.com' <[JTigan@morrisnichols.com](mailto:JTigan@morrisnichols.com)>; 'cclark@morrisnichols.com' <[cclark@morrisnichols.com](mailto:cclark@morrisnichols.com)>; Akihiro Yamazaki <[AYamazaki@oblon.com](mailto:AYamazaki@oblon.com)>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation

Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Frank,

Please send a revised version of the schedule and dates/time for a meet-and-confer.  Defendants will need to review your proposed changes before agreeing to the next extension.

Regards,
Uma

---

**From:** Frank West <FWest@oblon.com>
**Sent:** Wednesday, May 7, 2025 4:51 PM
**To:** 'KMathas@winston.com' <KMathas@winston.com>; Rob Niemeier <RNiemeier@sternekessler.com>; Dennies Varughese <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'CFundakowski@winston.com' <CFundakowski@winston.com>; 'AMKing@winston.com' <AMKing@winston.com>; 'BOGara@winston.com' <BOGara@winston.com>; Uma Everett <UEVERETT@sternekessler.com>; 'bryan.diner@finnegan.com' <bryan.diner@finnegan.com>; 'Justin.Hasford@finnegan.com' <Justin.Hasford@finnegan.com>; 'Kenneth.Guerra@finnegan.com' <Kenneth.Guerra@finnegan.com>; 'Zan.Newkirk@finnegan.com' <Zan.Newkirk@finnegan.com>; 'chiaki.kobayashi@finnegan.com' <chiaki.kobayashi@finnegan.com>
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com' <JTigan@morrisnichols.com>; 'cclark@morrisnichols.com' <cclark@morrisnichols.com>; Akihiro Yamazaki <AYamazaki@oblon.com>
**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

> **EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Dear Colleagues,

Thank you for your email.  Unfortunately, we are unable to coordinate our schedules tomorrow to accommodate a call.

We will get back to you with a few alternative dates and times for a meet and confer.

In the meantime, given that the last extension expires on Friday, May 16, please confirm that each of Cipla and Apotex are agreeable to seeking another (hopefully final) one month extension until June 16, 2025. in the Cipla/Apotex '759 case.

With best regards,

Frank


**Frank West**

**Partner**

**Certified Licensing Professional**
**Oblon, McClelland, Maier & Neustadt, LLP**
1940 Duke Street, Alexandria, Virginia 22314
Direct: 703-412-7049
Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com


This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message. If you are the intended
recipient, please be advised that the content of this message is subject to access, review and disclosure by the
sender's Email System Administrator.




| | **Frank West** |
|---|---|
| | Partner |
| | 1940 Duke Street |
| | Alexandria, Virginia 22314 |
| Oblon, McClelland, | Phone: 703-412-7049 |
| Maier & Neustadt, L.L.P. | Fax: 703-413-2220 |
| www.oblon.com | FWest@oblon.com |

**From:** Mathas, Kurt <KMathas@winston.com>
**Sent:** Tuesday, May 6, 2025 4:59 PM
**To:** Frank West <FWest@oblon.com>; RNiemeier@sternekessler.com;
dvarughese@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com;
christopher.prescott@katten.com; CFundakowski@winston.com; AMKing@winston.com;
BOGara@winston.com; UEVERETT@sternekessler.com; bryan.diner@finnegan.com;
Justin.Hasford@finnegan.com; Kenneth.Guerra@finnegan.com; Zan.Newkirk@finnegan.com;
chiaki.kobayashi@finnegan.com
**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; JTigan@morrisnichols.com;
cclark@morrisnichols.com; Akihiro Yamazaki <AYamazaki@oblon.com>

**Subject:** RE: MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Counsel,

Defendants are available on Thursday at 11 or 1 ET. Please provide a revised schedule for our consideration in advance of the call.

Thanks,

Kurt

**Kurt Mathas**

Winston & Strawn LLP

D: +1 312-558-8329

M: +1 312-505-6702

winston.com



---

**From:** Frank West

**Sent:** Friday, May 2, 2025 3:50 PM

**To:** Frank West ; 'RNiemeier@sternekessler.com' ; 'dvarughese@sternekessler.com' ; 'joseph.janusz@katten.com' ; 'lance.soderstrom@katten.com' ; 'christopher.prescott@katten.com' ; Mathas, Kurt ; Fundakowski, Claire ; King, Alison ; O'Gara, Brian L. ; 'UEVERETT@sternekessler.com' ; 'Bryan Diner' ; 'Justin Hasford' ; 'Kenneth Guerra' ; 'Zan Newkirk' ; 'Chiaki Kobayashi'

**Cc:** MTPC-ORS-Oblon ; 'JTigan@morrisnichols.com' ; 'cclark@morrisnichols.com' ; Akihiro Yamazaki

**Subject:** MTPC v. Cipla/Apotex, 23-cv-759 (D. Del.) JLH (consolidated) - Proposed Consolidation Order/Schedule with MTPC v. Lupin, 24-cv1423 (D. Del.) JLH

Dear Colleagues,

This email follows up with respect to my email, below, regarding the proposed consolidation and scheduling order for the Cipla, Apotex and Lupin cases. We are withdrawing that proposal and will provide a revised proposal in the near future. MTPC made its original proposal to consolidate the three cases at the end of January 2025. There have been lengthy intervals of time that have passed while awaiting comments from the defendants which have resulted in multiple extensions. As a result, some of the initial proposed dates have elapsed and caused MTPC to suggest moving some of the initial dates on the schedule further back in time. Upon further reflection, however, the schedule proposed earlier this week results in an unnecessarily truncated time period for the latter part of the schedule. We will be proposing a reasonable schedule taking into account the number of patents and defendants in this case. We

expect this proposal to move the trial date further back in time.

We propose having a meet-and-confer with all defendants next week to address the schedule. To the extent possible, we will try to propose a schedule in advance of the meet-and-confer but propose that we meet and confer next week to facilitate timely discussion and agreement regardless.

Please advise of your availability next week.

With best regards,


Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



| | **Frank West** |
|---|---|
| | Partner |
| | |
| | 1940 Duke Street |
| Oblon, McClelland, | Alexandria, Virginia 22314 |
| Maier & Neustadt, | Phone: 703‾412‾7049 |
| L.L.P. | Fax: 703‾413‾2220 |
| www.oblon.com | FWest@oblon.com |

**From:** Frank West <FWest@oblon.com>

**Sent:** Tuesday, April 29, 2025 4:44 PM

**To:** Frank West <FWest@oblon.com>; 'RNiemeier@sternekessler.com' <RNiemeier@sternekessler.com>; 'dvarughese@sternekessler.com' <dvarughese@sternekessler.com>; 'joseph.janusz@katten.com' <joseph.janusz@katten.com>; 'lance.soderstrom@katten.com' <lance.soderstrom@katten.com>; 'christopher.prescott@katten.com' <christopher.prescott@katten.com>; 'KMathas@winston.com' <KMathas@winston.com>; 'cfundakowski@winston.com' <cfundakowski@winston.com>; 'amking@winston.com' <amking@winston.com>; 'bogara@winston.com' <bogara@winston.com>; 'UEVERETT@sternekessler.com' <UEVERETT@sternekessler.com>; Bryan Diner <bryan.diner@finnegan.com>; Justin Hasford <Justin.Hasford@finnegan.com>; Kenneth Guerra <Kenneth.Guerra@finnegan.com>; Zan Newkirk <Zan.Newkirk@finnegan.com>; Chiaki

Kobayashi <chiaki.kobayashi@finnegan.com>

**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; 'JTigan@morrisnichols.com'
<JTigan@morrisnichols.com>; 'cclark@morrisnichols.com'
<cclark@morrisnichols.com>

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

We have yet to receive any response from the Defendants regarding the last draft of the proposed consolidation and scheduling order. We are now on the fourth extension from the Court which expires May 16, 2025.

Because at least one date has already passed in the previously proposed draft consolidation and scheduling order, MTPC proposes a few additional changes to the dates at the start of the schedule as attached. We have highlighted the additional changes in the proposed draft order and the table of dates for ease of reference.

Please advise by next Monday, May 5, 2025, whether each Defendant agrees to the attached consolidation and scheduling order, and if not, what changes are proposed. If it is acceptable, we can get it on file early next week.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

**Frank West**

**Partner**

 Direct:703⁻412⁻7049

**From:** Frank West <FWest@oblon.com>

**Sent:** Monday, March 31, 2025 3:04 PM

**To:** RNiemeier@sternekessler.com; dvarughese@sternekessler.com;
joseph.janusz@katten.com; lance.soderstrom@katten.com;
christopher.prescott@katten.com; KMathas@winston.com;
cfundakowski@winston.com; amking@winston.com; bogara@winston.com;
UEVERETT@sternekessler.com

**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>; JTigan@morrisnichols.com;
cclark@morrisnichols.com

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues:

Thank you for your email

We have consulted with MTPC. MTPC declines to amend the proposed consolidation and scheduling order to assert U.S. Patent No. 12,194,025 ("the '025 patent") in Civil Action No. 23-cv-759. That case is already complex, involving five (5) patents-in-suit having six (6) common inventors. The subject matter of the '025 patent was conceived by three (3) inventors, other than the 6 inventors of the current five (5) patents-in-suit. Including the '025 patent would add an extra layer of complexity to an already complex case.

Please advise whether the consolidation and scheduling order, as presently proposed by MTPC (including Lupin's edits to dates and discovery provisions), is acceptable to each of Cipla, Apotex and Lupin Defendants. See attached.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message. If you are the intended
recipient, please be advised that the content of this message is subject to access, review and disclosure by the
sender's Email System Administrator.

**Frank West**
Partner



Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7049
Fax: 703-413-2220
FWest@oblon.com

**From:** Rob Niemeier

**Sent:** Tuesday, March 25, 2025 5:25 PM

**To:** Frank West ; dvarughese@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com; UEVERETT@sternekessler.com

**Cc:** MTPC-ORS-Oblon

**Subject:** RE: RE: MTPC v. Cipla/Apotex/Lupin

Hi Frank,

I think we are all generally close on the dates, but before we finalize dates for this schedule the Defendants would like to discuss Patent No. 12,194,025. Specifically, does MTPC intend to assert this patent against Defendants? If so, we believe it makes sense to add that patent to the case now and agree on a schedule that makes sense including that additional patent to avoid the need for further delays and reworking of the schedule at a later date if the '025 patent is subsequently asserted. If MTPC plans to assert the '025 patent, please propose amended pleading deadlines and any other adjustments to the proposed schedule to account for the additional patent.

Best,

Rob

**Robert Niemeier**

Director

**Sterne, Kessler, Goldstein & Fox P.L.L.C.**

**Email:** rniemeier@sternekessler.com

**Direct:** 202.772.8634

**From:** Frank West

**Sent:** Tuesday, March 25, 2025 9:47 AM

**To:** Dennies Varughese ; 'joseph.janusz@katten.com' ; 'lance.soderstrom@katten.com' ; 'christopher.prescott@katten.com' ; 'KMathas@winston.com' ; 'cfundakowski@winston.com' ; 'amking@winston.com' ; 'bogara@winston.com' ; Uma Everett ; Rob Niemeier

**Cc:** MTPC-ORS-Oblon

**Subject:** RE: RE: MTPC v. Cipla/Apotex/Lupin

> **EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Dear Colleagues,

We are in the third extension of time regarding the negotiation of the scheduling order and a few days away from the expiration of that extension.

I would appreciate receiving ell proposed edits today if possible. This issue has pending for some time with most to the time consumed by waiting on responses.

Thanks, Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



| | **Frank West**<br>Partner |
|---|---|
| | 1940 Duke Street<br>Alexandria, Virginia 22314 |
| Oblon, McClelland,<br>Maier & Neustadt, L.L.P.<br>www.oblon.com | Phone: 703-412-7049<br>Fax: 703-413-2220<br>FWest@oblon.com |

**From:** Frank West <FWest@oblon.com>

**Sent:** Thursday, March 20, 2025 4:55 PM

**To:** Frank West <FWest@oblon.com>; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com

**Cc:** MTPC-ORS-Oblon <MTPC-ORS-Oblon@oblon.com>

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

I am following up with respect to my email below and my telephone conversation with Kurt today, and my voicemails to Dennies and Joe.

I believe, at this stage, we are only debating dates.

Please provide feedback regarding the above consolidation and scheduling order as soon as possible so we do not need to request yet another extension.

Since we are on the third extension of time, we would like to avoid further extensions.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



| | **Frank West** |
|---|---|
| | Partner |
| | 1940 Duke Street |
| | Alexandria, Virginia 22314 |
| Oblon, McClelland, | Phone: 703-412-7049 |
| Maier & Neustadt, L.L.P. | Fax: 703-413-2220 |
| www.oblon.com | FWest@oblon.com |

**From:** Frank West

**Sent:** Thursday, March 13, 2025 9:22 AM

**To:** Frank West ; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com

**Cc:** MTPC-ORS-Oblon

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

Upon further consideration with respect to due dates in the Lupin matter, MTPC proposes pushing back the contention dates by an additional 3 weeks and the exchange of claim terms by 2 weeks. Those changes have been made in the attached proposed scheduling order.

Since we have not heard from any defendants regarding MTPC's earlier proposed edits to Lupin's proposal (and in light of these additional proposals), we will need to either again extend the current due date for infringement contentions in Civil Action 23-cv-759 ("the '759 case") or seek a stay of all dates until this is resolved. We will be consulting local counsel regarding Judge Hall's likely preference. I would appreciate if Ciipla and Apotex advise whether they consent to either arrangement (of

course contingent on seeing the proposed stipulation before filing). The extension is needed because the last extension expires tomorrow, March 14, 2025.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Oblon, McClelland,              Phone: 703-412-7049
Maier & Neustadt, L.L.P.        Fax: 703-413-2220
www.oblon.com                   FWest@oblon.com

**From:** Frank West

**Sent:** Monday, March 10, 2025 1:02 PM

**To:** Frank West ; DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com; RNiemeier@sternekessler.com; joseph.janusz@katten.com; lance.soderstrom@katten.com; christopher.prescott@katten.com; KMathas@winston.com; cfundakowski@winston.com; amking@winston.com; bogara@winston.com

**Cc:** MTPC-ORS-Oblon

**Subject:** RE: MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

I am following up on the revised proposal. Are there any comments, questions?

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com



**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Oblon, McClelland,     Phone: 703-412-7049
Maier & Neustadt, L.L.P.   Fax: 703-413-2220
www.oblon.com       FWest@oblon.com

**From:** Frank West
**Sent:** Thursday, March 6, 2025 6:59 AM
**To:** DVARUGHE@sternekessler.com; UEVERETT@sternekessler.com;
RNiemeier@sternekessler.com; joseph.janusz@katten.com;
lance.soderstrom@katten.com; christopher.prescott@katten.com;
KMathas@winston.com
**Cc:** MTPC-ORS-Oblon
**Subject:** MTPC v. Cipla/Apotex/Lupin

Dear Colleagues,

Please see the attached revised schedule. We have taken into account Lupin's comments. On the advice of local counsel, we have tried to revise the schedule further to accommodate the court's standard schedule for Daubert motions. We also have revised the order to include the revised dates from the table of dates at the end to avoid any discrepancies. We have included comments in the document where we though an explanation for the change might be helpful.

Our client is still reviewing, but any additional changes proposed would likely relate to the dates and any potential conflicts with Japanese holidays.

We can be available for a call to discuss, it needed.

With best regards,

Frank

**Frank West**

**Partner**

**Certified Licensing Professional**

**Oblon, McClelland, Maier & Neustadt, LLP**

1940 Duke Street, Alexandria, Virginia 22314

Direct: 703-412-7049

Mobile: 703-967-1423

fwest@oblon.com | www.oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact Oblon by reply email and destroy all copies of the original message. If you are the intended
recipient, please be advised that the content of this message is subject to access, review and disclosure by the
sender's Email System Administrator.



**Frank West**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-412-7049
Fax: 703-413-2220
FWest@oblon.com

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by

reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

=============================================================

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If

you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction. Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
================================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
================================================================

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

# **<u>EXHIBIT E</u>**



**Figure 1: Statistics for Time to Trial in the District of Delaware (retrieved from Docket Navigator on November 10, 2025)**



**Figure 2: Statistics for Time to Trial in the District of New Jersey (retrieved from Docket Navigator on November 10, 2025)**

# EXHIBIT F

**Lex Machina**

## (CJ) Courts & Judges Comparator

Showing comparison between Claire Claudia Cecchi (CCC) of D.N.J. and Jennifer Lynne Hall (JLH) of D.Del., for all federal district court Patent cases pending between 2009-01-01 and 2025-11-05. Change

## Judge Biographical Information

|  | Cecchi (D.N.J.) | Hall (D.Del.) |
|---|---|---|
| Name | Claire Claudia Cecchi | Jennifer Lynne Hall |
| Age | 61 years (born 1964) | 49 years (born 1976) |
| Nominated By | President Barack Obama | President Joseph R. Biden |
| Commissioned | 2011-06-14 | 2024-01-04 |
| Active Tenure | 14 years | 1 years |

## Open Cases

|  | Cecchi (D.N.J.) | Hall (D.Del.) |
|---|---|---|
| Open Patent Cases | 20 | 174 |
| Open federal district court cases ❓ | 11,869 | 386 |
| Patent Cases Percentage | 0% | 45% |

## Terminated Cases

|  | Cecchi (D.N.J.) | Hall (D.Del.) |
|---|---|---|
| Terminated Patent Cases | 174 | 175 |
| Terminated federal district court cases ❓ | 12,273 | 484 |
| Patent Cases Percentage | 1% | 36% |

## Case Filings for Patent cases



| | <2013 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claire Claudia Cecchi | 23 | 5 | 16 | 21 | 13 | 19 | 8 | 16 | 23 | 4 | 7 | 12 | 9 | 18 |
| Jennifer Lynne Hall | 4 | 2 | 0 | 0 | 0 | 1 | 2 | 18 | 15 | 23 | 41 | 46 | 98 | 99 |

* 2025 numbers are year-to-date. Open dots are full-year estimates.

**Lex Machina**

## Time to Permanent Injunction (Grant) for Patent cases



## Time to Dismiss (Contested) for Patent cases



## Time to Class Certification for Patent cases



## Time to Claim Construction Hearing for Patent cases



Courts & Judges Comparator     **Lex Machina**     Page 4 of 6

## Time to Summary Judgment for Patent cases



## Time to Trial for Patent cases



## Time to Termination for Patent cases



## Case Resolutions for Patent cases

|  | Cecchi (D.N.J.) | | Hall (D.Del.) | |
|---|---|---|---|---|
| **Cases with Claimant Win Resolutions** | 33 | (19%) | 14 | (8%) |
| **Cases with Claim Defendant Win Resolutions** | 2 | (1%) | 8 | (5%) |
| **Cases with Likely Settlement Resolutions** | 93 | (54%) | 130 | (75%) |
| **Cases with Procedural Resolutions** | 45 | (26%) | 22 | (13%) |
| **Total Cases with Resolutions** | 173 | (100%) | 174 | (100%) |

 **Lex Machina**

## Damages for Patent cases

| | Cecchi (D.N.J.) | | Hall (D.Del.) | |
| --- | --- | --- | --- | --- |
| | Cases | Damages | Cases | Damages |
| Prejudgment Interest | 1 | $39,000 | – | $0 |
| Other / Mixed Damage Types | 1 | $724,374 | 2 | $500 |
| Attorneys' Fees / Costs | 5 | $456,365 | – | $0 |
| Lost Profits (Patent) | – | $0 | 3 | $126,844,594 |
| Mass Counterfeiter Default Damages (Patent) | – | N/A | – | N/A |
| Enhanced Damages (Patent) | – | $0 | – | $0 |
| Reasonable Royalty (Patent) | – | $0 | 5 | $97,507,970 |

## Remedies for Patent cases

| | Cecchi (D.N.J.) | Hall (D.Del.) |
| --- | --- | --- |
| Permanent Injunction: Grant | 29 | 9 |
| Preliminary Injunction: Grant | 5 | 1 |
| Temporary Restraining Order: Grant | – | – |
| Permanent Injunction: Deny | – | – |
| Preliminary Injunction: Deny | 1 | 3 |
| Temporary Restraining Order: Deny | – | 1 |
| Rescission | – | – |
| Reformation | – | – |
| Administrative Remand | – | – |
| Reinstatement | – | – |
| Specific Performance | – | – |

**Lex Machina**

## Findings for Patent cases

| | Default Judgment | Consent Judgment | Judgment on the Pleadings | Summary Judgment | Trial | Judgment as a Matter of Law | Decision on Bankruptcy Appeal | Any Judgment Event |
|---|---|---|---|---|---|---|---|---|
| **Findings of Infringement** | | | | | | | | |
| Cecchi (D.N.J.) | 3 | 19 | – | – | 2 | 1 | – | 23 |
| Hall (D.Del.) | 1 | 5 | – | 1 | 9 | – | – | 16 |
| **Findings of No Infringement** | | | | | | | | |
| Cecchi (D.N.J.) | – | – | – | – | 4 | – | – | 4 |
| Hall (D.Del.) | 1 | 1 | 1 | 4 | 10 | – | – | 16 |
| **Findings of Invalidity** | | | | | | | | |
| Cecchi (D.N.J.) | – | – | – | – | 2 | – | – | 2 |
| Hall (D.Del.) | – | 1 | 3 | 8 | 10 | – | – | 21 |
| **Findings of No Invalidity** | | | | | | | | |
| Cecchi (D.N.J.) | – | 12 | – | – | 4 | 2 | – | 18 |
| Hall (D.Del.) | – | 2 | – | 3 | 15 | – | – | 19 |
| **Findings of Unenforceability** | | | | | | | | |
| Cecchi (D.N.J.) | – | – | – | – | – | – | – | – |
| Hall (D.Del.) | – | – | – | – | 1 | – | – | 1 |
| **Findings of No Unenforceability** | | | | | | | | |
| Cecchi (D.N.J.) | – | 12 | – | – | 1 | – | – | 13 |
| Hall (D.Del.) | – | 2 | 1 | 1 | 1 | – | – | 5 |

* For judge comparisons, case counts reflect cases in which the judge was associated with the case, per the official PACER record. Occasionally, multiple judges are associated with a single case, so some of the Case Resolutions, Damages, Remedies, or Findings in the analytics above may have resulted from orders issued by a judge other than the one shown.

* To reflect the most current outcomes, these analytics do not include Damages, Remedies, or Findings that were voided or reversed. Learn more.

# <u>EXHIBIT G</u>

## Courts & Judges Comparator

Showing comparison between District of New Jersey and District of Delaware, for all federal district court Patent cases pending between 2009-01-01 and 2025-11-05. Change

### Open Cases

| | D.N.J. | D.Del. |
|---|---|---|
| Open Patent Cases | 247 | 743 |
| Open federal district court cases ❓ | 91,706 | 1,844 |
| Patent Cases Percentage | 0% | 40% |

### Terminated Cases

| | D.N.J. | D.Del. |
|---|---|---|
| Terminated Patent Cases | 3,003 | 11,012 |
| Terminated federal district court cases ❓ | 109,159 | 23,600 |
| Patent Cases Percentage | 3% | 47% |

### Case Filings for Patent cases



| | <2013 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ● D.N.J. | 913 | 145 | 287 | 270 | 184 | 189 | 192 | 144 | 151 | 107 | 114 | 131 | 230 | 193 |
| ● D.Del. | 2,286 | 1,334 | 944 | 543 | 454 | 774 | 874 | 999 | 733 | 881 | 668 | 428 | 395 | 442 |

\* 2025 numbers are year-to-date. Open dots are full-year estimates.

## Time to Permanent Injunction (Grant) for Patent cases



**D.N.J.**
491 Cases reached Permanent Injunction (Grant)
Median: 402 days

**D.Del.**
436 Cases reached Permanent Injunction (Grant)
Median: 594 days

## Time to Dismiss (Contested) for Patent cases



**D.N.J.**
446 Cases reached Dismiss (Contested)
Median: 283 days

**D.Del.**
1,568 Cases reached Dismiss (Contested)
Median: 275 days

## Time to Class Certification for Patent cases



**D.N.J.**
0 Cases reached Class Certification

**D.Del.**
0 Cases reached Class Certification

**Lex Machina**

## Time to Claim Construction Hearing for Patent cases



## Time to Summary Judgment for Patent cases



## Time to Trial for Patent cases



**Lex Machina**

## Time to Termination for Patent cases



## Case Resolutions for Patent cases

|  | D.N.J. | | D.Del. | |
|---|---|---|---|---|
| Cases with Claimant Win Resolutions | 535 | (18%) | 610 | (6%) |
| Cases with Claim Defendant Win Resolutions | 105 | (3%) | 361 | (3%) |
| Cases with Likely Settlement Resolutions | 1,566 | (52%) | 8,467 | (77%) |
| Cases with Procedural Resolutions | 795 | (26%) | 1,566 | (14%) |
| Total Cases with Resolutions | 3,001 | (100%) | 11,004 | (100%) |

## Damages for Patent cases

|  | D.N.J. | | D.Del. | |
|---|---|---|---|---|
|  | Cases | Damages | Cases | Damages |
| Other / Mixed Damage Types | 9 | $26,926,542 | 17 | $2,261,468,454 |
| Attorneys' Fees / Costs | 46 | $32,215,772 | 58 | $52,253,408 |
| Prejudgment Interest | 7 | $13,357,441 | 25 | $113,686,521 |
| Mass Counterfeiter Default Damages (Patent) | – | N/A | – | N/A |
| Lost Profits (Patent) | 6 | $152,055,021 | 25 | $1,127,327,599 |
| Enhanced Damages (Patent) | 7 | $267,078,594 | 7 | $52,028,689 |
| Reasonable Royalty (Patent) | 5 | $18,824,945 | 95 | $2,539,056,777 |


## **Remedies** for Patent cases

| | D.N.J. | D.Del. |
|---|---|---|
| **Permanent Injunction: Grant** | 492 | 436 |
| **Preliminary Injunction: Grant** | 33 | 19 |
| **Temporary Restraining Order: Grant** | 14 | 7 |
| **Permanent Injunction: Deny** | 1 | 15 |
| **Preliminary Injunction: Deny** | 42 | 59 |
| **Temporary Restraining Order: Deny** | 20 | 9 |
| **Rescission** | – | 1 |
| **Reformation** | – | – |
| **Administrative Remand** | – | – |
| **Reinstatement** | – | – |
| **Specific Performance** | – | – |

**Lex Machina**

## Findings for Patent cases

| | Default Judgment | Consent Judgment | Judgment on the Pleadings | Summary Judgment | Trial | Judgment as a Matter of Law | Decision on Bankruptcy Appeal | Any Judgment Event |
|---|---|---|---|---|---|---|---|---|
| **Findings of Infringement** | | | | | | | | |
| D.N.J. | 22 | 253 | – | 10 | 45 | 4 | – | 319 |
| D.Del. | 28 | 274 | – | 27 | 193 | 6 | – | 501 |
| **Findings of No Infringement** | | | | | | | | |
| D.N.J. | – | 48 | 2 | 42 | 26 | 2 | – | 111 |
| D.Del. | 2 | 130 | 12 | 177 | 140 | 17 | – | 429 |
| **Findings of Invalidity** | | | | | | | | |
| D.N.J. | – | 1 | 7 | 23 | 21 | 2 | – | 54 |
| D.Del. | – | 11 | 103 | 143 | 83 | 16 | – | 336 |
| **Findings of No Invalidity** | | | | | | | | |
| D.N.J. | 1 | 233 | – | 10 | 52 | 5 | – | 289 |
| D.Del. | 6 | 209 | 2 | 73 | 232 | 9 | – | 489 |
| **Findings of Unenforceability** | | | | | | | | |
| D.N.J. | – | – | – | 2 | 1 | – | – | 3 |
| D.Del. | – | 1 | 1 | 2 | 5 | – | – | 9 |
| **Findings of No Unenforceability** | | | | | | | | |
| D.N.J. | 1 | 227 | 1 | 7 | 15 | – | – | 245 |
| D.Del. | 6 | 182 | 4 | 16 | 24 | 1 | – | 231 |

\* For judge comparisons, case counts reflect cases in which the judge was associated with the case, per the official PACER record. Occasionally, multiple judges are associated with a single case, so some of the Case Resolutions, Damages, Remedies, or Findings in the analytics above may have resulted from orders issued by a judge other than the one shown.

\* To reflect the most current outcomes, these analytics do not include Damages, Remedies, or Findings that were voided or reversed. Learn more.